1  LOUIS ANTHES, CBN 263059

2  947 E. Broadway, Apt. 10

3  Long Beach, CA  90802

4  (562) 363-5052

5

6  # 17CV 2511

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF NEW YORK

10

| LOUIS ANTHES, | No. |
|---|---|
| Plaintiff,<br>Pro Se | CIVIL FRAUD (31 U.S.C. § 3729);<br>CIVIL RIGHTS VIOLATIONS (18<br>U.S.C. § 242); |
| v. | PLAINTIFF'S MOTION FOR CHANGE OF<br>VENUE TO CENTRAL DISTRICT OF<br>CALIFORNIA (28 U.S.C. § 1404(a)) |
| WILLIAM E. NELSON,<br>NEW YORK UNIVERSITY,<br>NEW YORK UNIVERSITY<br>    SCHOOL OF LAW | |
| | NO WAIVER OF TRIAL BY JURY<br>PRIVILEGE |
| Defendants. | |

18

19  I.    PARTIES TO THIS COMPLAINT

20      Plaintiff, Louis Anthes, Attorney at Law, California State

21  Bar License No. 263059, 937 E. Broadway, Apt. 10, Long Beach,

22  California 90802, (562) 363-5052 (see, "Exhibit A," Certificates

23  of Standing).

24      Defendant, New York University ("NYU"), 70 Washington Square

25  South, New York, New York 10012, (212) 998-1212.

26      Defendant, NYU School of Law, 40 Washington Square South,

27  New York, New York 10012, (212) 998-6100.

28      Defendant, William E. Nelson, Professor, NYU School of Law,

1

1  40 Washington Square South, New York, New York 10012, (212) 998-
2  6000.

3      Attorney for Defendants, Terrance Nolan, Office of General
4  Counsel, NYU, 70 Washington Square South, New York, New York
5  10012, (212) 998-2257.

6

7                          II.  JURISDICTION

8      This court has jurisdiction under 28 U.S.C. § 1331, as
9  federal question jurisdiction arises pursuant to allegations
10  Defendants violated the Federal False Claims Act, 31 U.S.C. §
11  3729, and in violating this statutory duty, intended to
12  perpetrate the common law tort of fraud against Plaintiff (see,
13  e.g., "Imposing liability for a negligent positive assertion that
14  is false, although the speaker believes it to be true" Regents of
15  University of California v. Principal Financial, 412 F. Supp.2d
16  1037 (N.D. Cal. 2006); New York General Business Law § 349,
17  "Deceptive acts and practices unlawful").  Furthermore, this
18  court has jurisdiction under 28 U.S.C. § 1332 because there is
19  diversity of citizenship between Plaintiff (California) and
20  Defendants (all New York) and the amount in controversy is
21  $3,000,000, exceeding threshold minimums defined by statute.

22

23                          III. VENUE

24      Venue is proper pursuant to 28 U.S.C § 1391 because the
25  events giving rise to this complaint happened in the Southern
26  District of New York.  However, Section 1404(a) of Title 28
27  provides that: "for the convenience of parties and witnesses, in
28  the interest of justice, a district may transfer any civil action

1   to any other district where it might have been brought." With
2   this complaint, Plaintiff moves to change venue of this case from
3   the Southern District of New York to the Central District of
4   California, where Plaintiff resides and is admitted to practice
5   law in that state.

6      Any party, including plaintiff, may move for a transfer
7   under 28 U.S.C. § 1404(a). I-T-E- Circuit Breaker Co. v. Regan,
8   348 F.2d 403 (8th Cir. 1965); American Standard, Inc. v. Bendix
9   Corp., 487 F. Supp. 254, 260 (W.D. Mo. 1980). The court may also
10  transfer an action sua sponte. Lead Industries Association, Inc.
11  v. Occupational Safety and Health Administration, 610 F.2d 70, 79
12  n.17 (2d Cir. 1979); Mobil Corp. v. S.E.C., 550 F. Supp. 67, 69
13  (S.D.N.Y. 1982). While 28 U.S.C. § 1404(a) contains no time limit
14  for the filing of a motion, the motion may be denied if the
15  passage of time or any delay causes undue prejudice or is
16  considered dilatory. See American Standard, Inc., 487 F. Supp. at
17  261, and cases cited. "The moving party has the burden of proof,
18  and must make a convincing showing of the right to transfer." Id.

19     Plaintiff is a citizen of the State of California and is
20  completely dependent economically upon his spouse, also a citizen
21  of the State of California, and Plaintiff has been exclusively
22  dependent upon his marriage for the past several years.
23  Together, Plaintiff and his spouse have reported less than
24  $100,000, jointly, in earned annual income to the Internal
25  Revenue Service, since their marriage in 2013.  Plaintiff
26  believes federal discovery procedures can be efficiently
27  satisfied by written and other recorded means, while posing no
28  specific injury to the due process rights of either Plaintiff or

1   Defendants, jointly or severally.  Furthermore, to the extent
2   that any judicial officer(s) assigned to this case would desire
3   direct examination of witnesses and documents, it would be far
4   more reasonable to ask Defendants, jointly and severally, to bear
5   the burden of meeting judicial evidentiary requests originating
6   in California than it would be for Plaintiff and his spouse to
7   bear the cost of travel/transportation to New York.

8
9                    IV.  STATEMENT OF FACTS
10      On March 27, 2017, Plaintiff Louis Anthes sent, via Fedex,
11  to Defendants NYU, as represented by Prof. Katherine E. Fleming,
12  Provost, and NYU School of Law, as represented by Dean Trevor
13  Morrison, exact copies of the same documents also sent, via
14  United States Postal Service, to the United States Internal
15  Revenue Service, Stop 31313, Fresno, California and Nelnet, Inc.
16  in Lincoln, Nebraska (a student loan servicer contracted on
17  behalf of the United States Department of Education), (see
18  "Exhibit B," a copy of an email including attached documents sent
19  to Defendants, and the IRS, on March 26, 2017).  Plaintiff's
20  proffered evidence established Plaintiff's claims and constrained
21  any impending discovery request.
22      Plaintiff alleges graduating from NYU in the year 2000 with
23  both the Doctor of Philosophy and Juris Doctor degrees, awarded
24  to Plaintiff by NYU Trustees and officials.  Plaintiff further
25  alleges graduating with over $100,000 of student loan debt
26  exclusively obtained through Plaintiff's accumulation of
27  requisite credits approved by the duly empowered representatives
28  of two professional programs at NYU: the Department of History in

1    the Graduate School of Arts and Science, and, separately and

2    jointly, the School of Law.

3        Plaintiff alleges disclosures from the United States

4    Internal Revenue Service to Plaintiff prove unwanted sharing of

5    Plaintiff's federal tax information (and since 2011, the tax

6    information of Plaintiff's legal spouse) with the New York City

7    Department of Finance, on a quarterly basis, at least going

8    several years back, even though Plaintiff is not a resident of

9    New York, owns no property in New York, derives no income from

10   New York, and has not done so since the year 2000.  Plaintiff

11   cannot obtain cooperation from New York City government

12   officials, and law enforcement agencies, to answer why this

13   violation of privacy is occurring, and who is receiving

14   Plaintiff's family's private tax information.  Plaintiff

15   emphasizes his only present tie to New York is his indebtedness

16   incurred at NYU, and alienated family members.  Plaintiff seeks

17   discovery to determine further facts.

18

19              V.   CAUSE OF ACTION: FRAUD

20       Specifically, Plaintiff claims: with the intent to deceive

21   and to benefit from deception, Defendant Professor William E.

22   Nelson, in his official position at NYU, has pushed Plaintiff

23   into a state of medical (psychiatric) disability to secure not

24   only the tuition/fee payments Defendants accepted in facilitating

25   Plaintiff's student loan disbursements but further to defraud the

26   federal government of resources by leading Plaintiff to use

27   government disability systems.

28       Plaintiff claims Defendants intended to graduate Plaintiff

1  into a multi-degree program by transferring credits between
2  professional degrees to speed requisite procedures, and to use
3  Defendants' resources to speed and greatly subsidize Plaintiff's
4  goals.  By withdrawing meaningful contact, since 2001, Defendants
5  knowingly neglected Plaintiff and knowingly left Plaintiff in
6  student loan debt hardly dischargeable in federal bankruptcy
7  court and, regardless, potentially declared "earned income" by
8  the United States Internal Revenue Service (see Internal Revenue
9  Service Form 1099-C), if this student loan debt were discharged
10 pursuant to § 523(a)(8) of the United States Bankruptcy Code in
11 federal bankruptcy court (on the narrowness of the "hardship"
12 discharge standard, see Brunner v. New York State Higher
13 Educational Services Corp., 831 F.2d 395 (2d Cir. 1987)).

14     Plaintiff's claims are not speculative:  Plaintiff passed
15 the California Bar Exam in 2008, showing his capability to
16 practice law, or other scholarly crafts and arts.  Plaintiff
17 claims no bar disciplinary record, nor bar complaint record, is
18 associated with his California State Bar Attorney License Number
19 263059, since then.

20     Plaintiff claims discovery would prove that within
21 approximately the period of about two years before and continuing
22 until about one month or two after graduating from NYU School of
23 Law in the year 2000, Plaintiff was offered two six-figure salary
24 jobs by different Manhattan firms, and was advised by Defendant
25 Nelson to choose the position teaching at a state university for
26 less than half of the compensation offered by others.  Plaintiff
27 was eligible for the "Loan Repayment Assistance Program" ("LRAP")
28 at NYU School of Law, Defendant Nelson assured Plaintiff in 2000.

1   Plaintiff's support from Defendants, if forthcoming and in
2   good faith, at any time since 2001 and in any number of forms,
3   including LRAP, could have enabled Plaintiff to honor his non-
4   dischargeable obligations (originally facilitated by Defendants
5   through a variety of federal government subsidies and
6   exemptions).  Defendants' deceptively negligent conduct
7   attenuated originally, and continues to be attenuated, solely at
8   Defendants' discretion.
9
10      VI.  CAUSE OF ACTION: CIVIL RIGHTS VIOLATIONS
11  Plaintiff alleges that Defendants' conduct towards Plaintiff
12  violates Plaintiff's civil rights, pursuant to 18 U.S.C. § 242,
13  by Defendants relegating him to permanent indebtedness.
14  The first section of the Thirteenth Amendment to the United
15  States Constitution reads, "Neither slavery nor involuntary
16  servitude, except as a punishment for crime whereof the party
17  shall have been duly convicted, shall exist within the United
18  States, or any place subject to their jurisdiction," (U.S. Const.
19  amend. XIII, § 1).  Knowing student loans are not dischargeable
20  in bankruptcy proceedings absent a (medical) hardship, Defendants
21  withdrew from Plaintiff, pushing him into involuntary poverty,
22  into permanent employer suspicion, into the Social Security
23  safety net, itself subject to student loan garnishment, as per a
24  written letter obtained by Plaintiff from the United States
25  Department of Education sent to the Plaintiff's Federal Senator,
26  Dianne Feinstein, in 2015 (see "Exhibit C").  Seventeen years
27  after graduation, Plaintiff has not paid one dollar back of his
28  academic indebtedness:  the path has been cut off.

1

2
## VII. RELIEF SOUGHT

3       Plaintiff alleges Defendant Nelson's willful negligence as a

4  fiduciary who facilitated Plaintiff's indebtedness -- a

5  willfulness in flagrant disregard of the purposes of student debt

6  under federal law and regulation -- amounts to $3,000,000 in

7  injuries to Plaintiff.  Also, Plaintiff seeks Defendants assuming

8  ALL of Plaintiff's student debt and tax liabilities resulting

9  from a judgment in his favor.  Plaintiff affirms the compensation

10 he seeks represents reasonably approximated income for a NYU

11 JD/PhD alumnus who received forthcoming school support, and who

12 eight years after graduation passed the California Bar Exam in

13 one go, remaining in good standing since.

14

15         VIII.    NO WAIVER OF TRIAL BY JURY

16       Plaintiff does not seek any waiver of his privilege to

17 request a trial by jury on any and/or all issues raised now, or

18 by amendment, in this complaint.

19

20 Dated: _____

21 Signed: _____

22 Print Name: _____

23                      (Plaintiff in Pro Per)

24

25

26

27

28

                              8

1

2

3

4

5

6

7

8

9

10

11

12

13

14                                        EXHIBIT A

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

March 14, 2017

Louis Anthes
PO Box 2313
Long Beach, CA 90801-2313

Re: State Bar Member Number 263059 – Louis Anthes

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact the Member Services Center at 1-888-800-3400 or msc@calbar.ca.gov.

Sincerely,

Louise Turner
The State Bar of California – Member Services Center

Enclosure(s):

1       Standard
1       Complaint Check
1       Foreign/Notarized

Delivery Method: Regular Mail
PH: 5623635052

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

### (With Complaint Check Attached)

March 14, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LOUIS C. ANTHES, #263059 was admitted to the practice of law in this state by the Supreme Court of California on May 11, 2009; that at his request, on December 22, 2011, his name was changed to LOUIS ANTHES on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

DC201TT  9:35:16

STATE BAR OF CALIFORNIA
OFFICE OF CHIEF TRIAL COUNSEL
COMPLAINT HISTORY REPORT (CONFIDENTIAL)

3/14/17  PAGE    1

State Bar No: 263059  Name: Louis Anthes

| Case Number | Stage | Status | Complaint Date | Date Closed | Complainant |
|---|---|---|---|---|---|

NO COMPLAINTS TO REPORT

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved." (Rules Proc. of State Bar,rule 5.4(13).) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court. Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 14, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LOUIS C. ANTHES, #263059 was admitted to the practice of law in this state by the Supreme Court of California on May 11, 2009; that at his request, on December 22, 2011, his name was changed to LOUIS ANTHES on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 14, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LOUIS C. ANTHES, #263059 was admitted to the practice of law in this state by the Supreme Court of California on May 11, 2009; that at his request, on December 22, 2011, his name was changed to LOUIS ANTHES on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.



A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Francisco_

Subscribed and sworn to (or affirmed) before me this ___14___ day

of _March_, 20_17_ by _Louise_

_Turner_, proved to me on the basis

of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

EZEQUIEL VILLALOBOS
Commission # 2034751
Notary Public - California
San Francisco County
My Comm. Expires Aug 16, 2017

1
2
3
4
5
6
7
8
9
10
11
12
13
14                              EXHIBIT B
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 Gmail

Louis Anthes <louis.anthes@gmail.com>

## Advance Pdf Copies of Formal IRS Complaint

**Louis Anthes** <louis.anthes@gmail.com>                                                    Sun, Mar 26, 2017 at 9:01 AM
To: provost@nyu.edu, deansoffice@mercury.law.nyu.edu, trevor.morrison@nyu.edu, eoclass@irs.gov

To all:

Attached to this email are three pdf files containing scanned copies of physical documents which will arrive via FEDEX to New York University (Provost and Law Dean) by March 28, 2017, 10:30am. Additionally, copies of these same documents will be mailed via USPS tomorrow, to the IRS and Nelnet, student loan servicer.

The first file, "Anthes 3.27.17 Cover Ltr, with IRS attach," contains three pages, including IRS Forms 13909 and 3949-A, completed. The second file, "Anthes IRM 11.3.35 Request for Discovery Ltr 3.27.17," contains a one-page letter of a discovery request, and several attachments showing my previous efforts at obtaining evidence from New York University. **The third file, "Anthes Proferred Evidence, v1-3. Tables of Contents, 3.27.17," contains 500 pages of evidence that I submit voluntarily and in good faith to constrain my discovery request**, and to provide as complete information as possible to relevant parties.

For this email, I have only scanned the tables of content (four pages) for the "Proffered Evidence" volumes. The complete 500 page document has already been shipped by FEDEX to NYU and will arrive Tuesday morning at 10:30am, ET.

I will call tomorrow to schedule a phone appointment with the NYU Provost Office, as Prof. Fleming agreed to take my follow-up call next week, after I spoke with her for five minutes last week.

Thank you,

Louis Anthes

**3 attachments**

**Anthes 3.27.17 Cover Ltr, with IRS attach.pdf**
1493K

**Anthes IRM 11.3.35 Request for Discovery Ltr 3.27.17.pdf**
2895K

**Anthes Proferred Evidence, v1-3. Tables of Contents, 3.27.17.pdf**
970K

Louis Anthes, Esq.
P.O. Box 2313
Long Beach, California  90801-2313
Email: louis.anthes@gmail.com
Phone: (562) 363-5052
License: CBN 263059

March 27, 2017

Internal Revenue Service                NELNET
Stop 31313                              P.O. Box 82565
Fresno, California  93888               Lincoln, Nebraska  68501-2565

Katherine E. Fleming, Provost           Trevor Morrison, Dean
New York University                     New York University School of Law
70 Washington Square South              Vanderbilt Hall 406D
New York, New York  10012               40 Washington Square South
                                        New York, New York  10012

TO ALL:

With this cover letter, I submit Internal Revenue Service Form 13909 ("Tax -Exempt
Organization Complaint") and Internal Revenue Service Form 3949-A ("Information Referral"),
completed and attached hereto.

In addition, please find enclosed with this cover letter two other document collections:
1) my letter summarizing my "Request for Discovery Pursuant to IRM 11.3.35", stapled with
supporting attachments, and 2) a three-volume, bound collection of documents with the title,
"Proffered Evidence."  I submit "Proffered Evidence" to establish the facts of my allegations of
fraud and, furthermore, to constrain my "Request for Discovery Pursuant to IRM 11.3.35."

There can be no doubt that I am making myself fully available for questions and requests for
additional information, and I invite communications from any source regarding my allegations.

Sincerely,

Louis Anthes

encl:  IRS Form 13909, IRS Form 3949-A

Form 13909
(December 2016)

Department of the Treasury - Internal Revenue Service

# Tax-Exempt Organization Complaint (Referral)

**1. Name of referred organization**

New York University, New York University School of Law

**Street address**

70 Washington Square South

| City | State | ZIP code | Date of referral |
|------|-------|----------|------------------|
| New York | NY | 10012 | March 20, 2017 |

**2. Organization's Employer Identification Number (EIN)**

13-5562308

**3. Nature of violation**

- [ ] Directors/Officers/Persons are using income/assets for personal gain
- [ ] Organization is engaged in commercial, for-profit business activities
- [ ] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [ ] Organization refused to disclose or provide a copy of Form 990
- [ ] Organization failed to report employment, income or excise tax liability properly
- [ ] Organization failed to file required federal tax returns and forms
- [ ] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

With the intent to deceive and to benefit from their deception, New York University Officers and Employees have pushed me into a state of medical disability to not only secure the income they received in facilitating and accepting my student loan disbursements but they are FURTHER DEFRAUDING THE FEDERAL GOVERNMENT OF RESOURCES by leading me to use government disability systems.

**4. Details of violation**

Name(s) of person(s) involved

William E. Nelson, (and also possibly Daniel Hulsebosch, William LaPiana, and R.B. Bernstein)

Organizational title(s)

Professor

| Date(s) | Dollar amount(s) *(if known)* |
|---------|-------------------------------|
| 1993-Present | Demand for Damages Equal to $3,000,000 |

Description of activities

NELSON: Facilitated my admission to GSAS (1993) and Law School (1996) at New York University; Facilitated my borrowing of an amount totalling over $100,000 at the time of graduation (2000); Facilitated use of university career and academic services -- offered two six-figure career-track employment options and one tenure-track university position (2000); Facilitated transfer of academic credits to invent first JD-PhD program at NYU (1996-1999); Facilitated access to "Law School Repayment Program" to help resolve my indebtedness through service.

**5. Submitter information**

Name

Louis Anthes

Occupation or business

Attorney

Street address

947 E. Broadway, Apt. 10

| City | State | ZIP code | Telephone number |
|------|-------|----------|------------------|
| Long Beach | CA | 90802 | 5623635052 |

- [ ] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. Disclaimer Notice: Your email submission of Form 13909 and attachments are not encrypted for security.

| Form **3949-A** (April 2016) | Department of the Treasury - Internal Revenue Service **Information Referral** *(See instructions on reverse)* | OMB Number 1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. **(For example, if you suspect your identity was stolen, use** Form 14039.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual William E. Nelson | b. Social Security Number/TIN unknown | c. Date of birth ▓▓▓▓940 |
|---|---|---|

| d. Street address 40 Washington Sq. South | e. City New York | f. State NY | g. ZIP code 10012 |
|---|---|---|---|

| h. Occupation Law Professor | i. Email address william.nelson@nyu.edu |
|---|---|

| j. Marital status *(check one, if known)* [X] Married   [ ] Single   [ ] Head of Household   [ ] Divorced   [ ] Separated | k. Name of spouse |
|---|---|

| 2a. Name of business New York University School of Law | b. Employer Tax ID number (EIN) 13-5562308 | c. Telephone number 212-998-6241 |
|---|---|---|

| d. Street address 40 Washington Sq. South | e. City New York | f. State NY | g. ZIP code 10012 |
|---|---|---|---|

| h. Email address william.nelson@nyu.edu | i. Website |
|---|---|

## Section B – Describe the Alleged Violation of Income Tax Law

**3. Alleged violation of income tax law.** *(Check all that apply.)*

| | | |
|---|---|---|
| [ ] False Exemption | [ ] Unsubstantiated Income | [ ] Unreported Income | [ ] Failure to Withhold Tax |
| [ ] False Deductions | [ ] Earned Income Credit | [ ] Narcotics Income | [ ] Failure to File Return |
| [ ] Multiple Filings | [X] Public/Political Corruption | [ ] Kickback | [ ] Failure to Pay Tax |
| [X] Organized Crime | [ ] False/Altered Documents | [ ] Wagering/Gambling | [ ] Other (describe in 5) |

**4. Unreported income and tax years**
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*.

TY _____ $ _____   TY _____ $ _____   TY _____ $ _____   TY _____ $ _____   TY _____ $ _____

**5. Comments** *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

New York University's NELSON: Facilitated my indebtedness to NYU-GSAS (1993) and NYU Law School (1996); Facilitated my borrowing of an amount totalling over $100,000 at the time of graduation with both degrees in 2000; Facilitated my use of university career and academic services -- offered two six-figure career-track employment options (1999, 2000) and one tenure-track state university position (2000); Facilitated transfer of academic credits to accelerate NYU's first JD-PhD professional program at NYU (from 1996-1999); Facilitated my access to "Law School Repayment Program" to help resolve my indebtedness through service. I allege my student loan disbursements have ~~been collected by NYU and are being secured through deception, with intent to deceive, to further defraud government disability systems, by leading me to medical disability.~~ AS I AM IN ACTIVE SERVICE, IN GOOD STANDING WITH THE CALIFORNIA BAR, MY INDEBTEDNESS SHOULD BE SOLVED THROUGH EMPLOYMENT, with accommodations made for my medical status, to the extent there is a determination that I am believed to have any disability affecting related workplace tasks.

**6. Additional information.** Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   [X] Yes  [ ] No
b. Do you consider the taxpayer dangerous?   [ ] Yes  [X] No
c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| Street address | Street address |
| City | State | ZIP code | City | State | ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name Louis Anthes | b. Telephone number 5623635052 | c. Best time to call Any |
|---|---|---|

| d. Street address 947 E. Broadway, Apt. 10 | e. City Long Beach | f. State CA | g. ZIP code 90802 |
|---|---|---|---|

**Please print and send your completed form to: Internal Revenue Service**
Stop 31313
Fresno, CA 93888

LOUIS ANTHES
P.O. Box 2313
Long Beach, CA  90801-2313
louis.anthes@gmail.com  ◦  (562) 363-5052

March 27, 2017

Internal Revenue Service
Stop 31313
Fresno, CA 93888

RE:  REQUEST FOR DISCOVERY PURSUANT TO IRM 11.3.35

In support of IRS Form 13909 and IRS Form 3949-A, alleging and reporting fraud of New York University, New York University School of Law (collectively, "NYU"), and New York University School of Law Professor William E. Nelson ("Prof. Nelson"), I include this letter, and supporting documents setting forth my request for discovery pursuant to Internal Revenue Manual, Part 11, Chapter 3, Section 35 ("IRM 13.3.35"), inclusive of all subsections.

The supporting documents attached with this letter show my need for obtaining written responses regarding the facts of my student loan indebtedness.  I am alleging fraud on the part of NYU and Prof. Nelson.  I allege that I graduated from NYU in the year 2000, with both a PhD and a JD from NYU, and with over $100,000 in student loan debt;  this is substantiated in the three volumes of collected evidence included with this letter.  I believe my allegations, on this point, are not in dispute.

I further allege that, in the year 2000, I was offered two six-figure employment positions upon graduating, and was advised by Prof. Nelson to accept a tenure-track teaching position at a state university earning less than $40,000 annually.  Prof. Nelson assured me that I would be eligible for NYU Law's loan "forgiveness" program by accepting public employment.  My employment became impossible within one year.  Prof. Nelson's offer of loan "forgiveness" disappeared thereafter.

My request for discovery is necessary to show the intent of both NYU and Prof. Nelson to graduate me into a multi-degree program by transferring credits between professional degrees to speed requisite procedures, and to use NYU Law's resources to speed and greatly subsidize my educational goals.  Discovery is also needed to get to the bottom of the New York City Department of Finance, which has been routinely collecting my federal tax information, and since 2011 the information of my spouse, with no accountability or explanation.

Despite repeated attempts, in person, on phone, in email, and through intermediaries, since the year 2000, I have not been able to find assistance with NYU Law regarding my indebtedness.  I believe discovery will substantiate my allegations, and show a long-standing pattern of willful neglect that amounts to a fraudulent abuse of federal student loans and government disability systems.

Sincerely,

Louis Anthes

Encl: Gmail, March 20, 2017, from Louis Anthes to NYU — "NYU Spoliation, Damages Demand";  Spoliation/Damages Demand Letter, March 20, 2017, from Louis Anthes to NYU Provost Fleming and NYU Law School Dean Morrison; Gmail March 18, 2017, from Louis Anthes to NYU, Ralph Appelbaum Associates -- "Your message"; GMAIL, March  20, 2017, from Louis Anthes to Law School Admissions Council – "REQUEST FOR ASSISTANCE"

Gmail - NYU SPOLIATION, DAMAGES DEMANDED

Louis Anthies <louis.anthies@gmail.com>

# NYU SPOLIATION, DAMAGES DEMANDED

Louis Anthies <louis.anthies@gmail.com>                     Mon, Mar 20, 2017 at 1:01 AM
To: pbrook@nyu.edu, lsusanneisenstein@nyu.edu
Bcc: Wesley Hartmann <wesley@poriklaw.com>, Jeremiah Kalsenburn <jkalsenburn@modalmusic.com>

New York University Officials:

"This is a serious communication. Please do not initiate my intentions."

Last week, I made requests of several NYU offices for voluntary, one-stage letters substantiating claims that I have made regarding FACTS pertaining to my education and federal student loan forbearance, facilitated continuously by NYU's individuated programs.

My requests, unanswered to date, include:

1) A one-page written letter sent through U.S. Mail from Prof. David Ludden, Chair of the Department of History, confirming that all other communications with Prof. Diane Cypkin, the NYU Department of History in-person or my colleagues that my graduate work was poor, or brave, considered fraudulent by reason of being "deficient" or "anybody else's work or of being "dishonest", especially since the accounts of my research are held and the original documents in some cases were destroyed immediately after my research.

2) A one-page written letter sent through U.S. Mail from Richard Sopkins, NYU Asst. Registrar, confirming in writing his verbal statement made on the phone to me directly, confirming that "13" weeks were transferred from my NYU degree award to the NYU School of Law Registrar's records. This was only possible because of recommendations by University officials. This record transfer reflects that it was done at the time, in late 1990s, that my federal assisted loan indebtedness was tied to a JOINT PhD/JD program I INVENTED, and this without JD/JD indebtedness being subsidized, one of the other world obviously and fraudulently stifled.

3) A one-page written letter sent through the U.S. mail from the New York University School of Law Financial Services office in-person, a general level, third office/on-campus confirm that NYU Law School Repayments Program was in reference to 1992 when I graduated, and it would have been available to me as long either graduate at that time, if I entered into public service, such as teaching at the State University in South Carolina, charmingly called "Clemson."

4) A one-page written letter from Irene Doerbeck, Associate Dean, sent through the NYU Law School Career Services office of New York University School of Law stating that "Period Fall 1990, the Office of Career Services at NYU School of Law organized an on-campus law firm employment interview program, facilitating connections strictly for firms and all NYU J.D.s and 2L's for summer and permanent firm employment and recruitment. I also responded further confirmation, if possible, that I worked for "Cahill & Jordan LLP" that summer, as I reported to the IRS.

5) And from New York University School of Law a document sent through the US mail from the Academic Services office providing me a list of official recipients of The Samuel L. Golieb Fellowship that I was awarded from the 1993–1997. This fellowship included a $15K annual stipend. The fellowship also allowed "a tuition at the Law School (valued at $20K at the time) for Video — 1995 to now = $60K. I said this fellowship to fund my JD.

---

including transfer of credits from my PhD program in GSAS, I want to know, as a matter of fact, how many Golieb Fellows supported the law school program at NYU and graduated with the JD after using the Fellowship Aw. I, the only one? If not one else? What happened to others?

To this end I include a copy of my DEMAND FOR DAMAGES and SPOLIATION REQUEST. Take heretofore a one-page letter from the New York City Department of Investigation, and enclosing subpoena documents, requesting an "unredacted synology". City Officials collecting my tax return information from the IRS, routinely, since I left NYC in 2001. I have been monitored by NYC for 16 years. And there is no accountability I can find to discover who else is collecting this city-collected tax information from the IRS about both me AND MY SPOUSE.

It would not surprise me if IRS tax information pertaining to my semester earnings collected by New York City might have been shared with New York University officials, at any level, officially or unofficially, violating William Nelson, Law School Dean, or his director and all judicial and academic connections.

Sincerely,

Louis Anthies

2 attachments

- Author 2015 Investigation IRS Scan in NYCDI.pdf
  528K
- NYU Spoliation to March 20, 2017.pdf
  465K

Louis Anthes
P.O. Box 2313
Long Beach, CA 90801-2313
louis.anthes@gmail.com
(562) 363-5052

SENT VIA EMAIL
REQUESTING WRITTEN RESPONSE SENT VIA U.S. MAIL

March 20, 2017

Katherine E. Fleming, Provost
New York University
70 Washington Square South
New York, NY 10012

Trevor Morrison, Dean
New York University School of Law
Vanderbilt Hall 406D
40 Washington Square South
New York, NY 10012

Esteemed Officials of New York University:

As has been made clear, in recent emails and phone calls, I am making a damages award claim against New York University School of Law, equal to an amount which would obtain forgiveness of all of my outstanding federal student loan debt, any resulting tax liabilities, as well as an amount which would reflect lost wages and income, based on a PhD-JD graduate from NYU, who passed the California State Bar on their first attempt, would have received if they received the full support of University faculty and officials, and any resulting tax liabilities.

In total, I am willing to settle any dispute I have with New York University about any claims of damages, while retaining my right to speak about my experiences in a factual and non-defamatory manner, for the rest of my life, in exchange for receiving a lump-sum payment from New York University of exactly $3,000,000.00 (THREE MILLION DOLLARS), without any resulting tax liabilities. This is not extortion. This is not bullying. This is a damages demand made pursuant to my California State Bar Attorney License.

I am alleging fraud, both civil and criminal, against New York University School of Law Professor William E. Nelson, for denying the facts of my qualifications and certifications, which are inextricably tied to federal student loan obligations I incurred.

With the intent to deceive and benefit from this deception Nelson has pushed me into a state of medical disability, thus FURTHER DEFRAUDING THE FEDERAL GOVERNMENT OF RESOURCES rather than constructively fulfill his personal and fiduciary duties as a faculty member who facilitated my indebtedness. The THIRTEENTH AMENDMENT bars Nelson's grossly, willfully negligent conduct towards me. He is abusing my registration to the United States' Military Draft which justified my debt so that I could benefit from earning my credentials in good faith. He is abusing State and Federal Disability systems to bail himself out of the consequences of his long-standing, willfully-negligent-to-the-point-of-intentionally-abusive conduct.

*THIS IS A SPOLIATION REQUEST: I REQUEST THAT ALL RECORDS PERTAINING TO ANY COMMUNICATIONS I HAVE HAD AT ANY TIME WITH ANY NEW YORK UNIVERSITY EMAIL ADDRESS OR ANY REGISTRAR, ADMINISTRATIVE, FINANCIAL, ACADEMIC, CAREER, OR FACULTY COMMUNICATIONS, TO THE EXTENT THAT THEY EXIST BE PRESERVED FROM DESTRUCTION. I FURTHERMORE REQUEST THAT YOU INFORM FACULTY MEMBERS PROFESSOR DUANE CORPIS AND PROFESSOR WILLIAM NELSON THAT THEY ARE INVITED TO COOPERATE WITH ANY FORTHCOMING INVESTIGATION BY THE INTERNAL REVENUE SERVICE, THE U.S. DEPARTMENT OF EDUCATION, OR ANY OTHER GOVERNMENT AGENCIES. SUCH COOPERATION FROM THEM MIGHT REQUIRE SUSPENDING TRAVEL PLANS ABROAD, IF THEY CANNOT ASSURE UNIVERSITY OFFICIALS OF THEIR COOPERATION.*

A copy of this letter will be sent to the Internal Revenue Service. I will be seeking discovery, compelled if necessary.

Sincerely,


Louis Anthes
CBN 263059

Gmail - Your message

Gmail

Louis Anthes <louis.anthes@gmail.com>

## Your message

Louis Anthes <louis.anthes@gmail.com>
Sat, Mar 18, 2017 at 9:27 AM
To: Deborah Dawson Wolff <deborahwolff@raai.com>, provost@nyu.edu, Thomas Bender <thomas.bender@nyu.edu>

Ms. Wolff:

I also independently toured the "Newseum" in Arlington and the Holocaust Museum in Washington. I was also privy to conversations about other projects being built internationally.

At the time, Ralph Appelbaum explained that the offer would be low six-figure, thus making my student loan indebtedness far more manageable, and in addition, serving with the honor of consulting the National Constitution Center, in planning meetings that in fact I attended in Philadelphia, and furthermore the honor of serving as the consultant of what was being loosely described as a "museum" that Congress wished to create for itself in the Capitol building in Washington.

This was not surprising to me, because as Prof. Bender can confirm, I completed a graduate school class in "Museums" at the University of Chicago, in my Master's program, prior to my admission to the GSAS at NYU.

I suppose Prof. Bender perceived that my background and my legal education, and his experience working with me in the classroom, and with his students made me qualified for consideration. I interviewed. Everybody was impressed. We worked well together. There was a phone call with Prof. Gordon Wood at Brown University (whom I recently contacted and he does not remember me or the context at all) that might have arouse some consternation. But other than that, we worked well together, and I sincerely regretted having to make a choice between working at RAA and Clemson, when I would have rather done both.

Anyway, that's my best recollection of RAA and the NCC.

The point of this is to show that I had TWO choices, besides teaching at Clemson. First, I rejected working at a now-merged law firm "Graham & James", and then I rejected working at RAA. This latter choice was difficult, and I received advice from my then adviser to proceed with Clemson, understanding my federal student loans would be "forgiven" under NYU Law School programs. That offer of loan forgiveness disappeared a year later, when my teaching at Clemson became impossible.

I have to explain to the IRS that my NYU credentials have been of no direct value since, despite further investments in obtaining my law license, and that I am unable to meet my student loan obligations, and there are no legal deferments left after 17 years.

I believe NYU is under some obligation to admit I was admitted to a PhD-JD program that I INVENTED! Instead, the ostracize me, leaving me holding the bag of demonstrably worthless credentials for which the IRS will declare "earned income", even if I obtain relief of loan discharge in federal court.

Why should the IRS go after me, when I argue the IRS should go after New York University School of Law Professor William E. Nelson?

THE IRS IS NOW INVOLVED.

I don't want trouble with RAA.

I just want confirmation of facts in a one-page letter, and in exchange I promise no further contact initiated by me for the rest of my life: privacy.

Louis Anthes

---------- Forwarded message ----------
From: Louis Anthes <louis.anthes@gmail.com>
Date: Sat, Mar 18, 2017 at 9:14 AM

Subject: Fwd: Your message
To: provost@nyu.edu

---------- Forwarded message ----------
From: Louis Anthes <louis.anthes@gmail.com>
Date: Sat, Mar 18, 2017 at 7:54 AM
Subject: Re: Your message
To: Deborah Dawson Wolff <deborahwolff@raa.com>
Cc: thomas.bender@nyu.edu

Ms. Wolff:

Thank you for asking.  First, it was Thomas Bender at NYU's History Department who first mentioned the job.  I recently communicated with him about two years ago -- it was pleasant.  Your firm may reach him to find out HOW he learned of the job, and WHY he decided to approach me, since I wasn't his graduate student at the time.  I ask your firm to reach out to him, because it is your firm that has to independently confirm the facts, and not my representations of what I heard repeated back.  I will include Prof. Bender in this email.  His number:  212.998.8825.

Second, I worked directly with Ralph on several occasions for at least one hour or longer.  I took the Amtrak train with Ralph and attended meetings in Philadelphia with Ralph, and his assistant (tall fellow, glasses, young at the time), whose name I cannot remember.  It was Ralph who specifically offered me a position in July 2000, after our six month contract ended.  I told him that I had received an offer from Clemson University.  I asked him for time.  RAA's offer was very short-notice.  And after a couple of days, I politely declined -- which left me feeling disappointed that I had to choose.

I worked in the early planning stages, in the first half of the year 2000.  I don't expect Ralph to remember, but in fact, the IRS received my tax return, reporting $25K in income for the first half of 2000, due to my contract with Ralph Appelbaum Associates.

If there aren't old contracts, emails on file somewhere -- it's up to Ralph to remember, and his tall assistant, who regularly worked with me, whose name I cannot remember.

Please ask Ralph if he might remember Thomas Bender being the person who sent the "NYU grad student" over to help.  The Bender-Appelbaum connection might jog his memory.

Thanks,

Louis Anthes

On Sat, Mar 18, 2017 at 7:37 AM, Deborah Dawson Wolff <deborahwolff@raa.com> wrote:
> Hi Louis:
>
> Unfortunately, I have not been able to find anyone at RAA that recalls your consultancy since it was such a long time ago.    There is also no one left at NCC with whom RAA worked due to the length of time since it opened.  Who did you work with?
>
> Deborah Wolff
> *Chief of Staff* | RAA
> 88 Pine Street New York NY 10005
> > 212 334 8200 | www.raa.com

>> On Mar 6, 2017, at 5:32 PM, Louis Anthes <louis.anthes@gmail.com> wrote:
>>
>> Thank you for your reply.
>>
>> I was approached by Thomas Bender of NYU's History Department in late 1999 or early 2000, and he
>> invited me to follow up on the interest RAA had in hiring a historical consultant for the then-upcoming

Gmail - Your message

National Constitution Center in Philadelphia.

We signed a contract, six-months, $25K, which I completed.  There was a follow up offer of further employment, but I declined upon the advise of my dissertation advisor, William Nelson, and started a tenure-track teaching job at Clemson University.

I was hoping RAA would be so kind as to confirm the fact of my contract for hire, and my limited consulting work for the NCC on behalf of RAA.  It would be most helpful if RAA could provide this in a one-page letter via mail, and not email please.

Sincerely,

Louis Anthes

On Mon, Mar 6, 2017 at 12:23 PM, Deborah Dawson Wolff <deborahwolff@raa.com> wrote:

> Hello Louis,
>
> I got your message about having worked with Ralph Appelbaum Associates some 17 years ago. Could you please provide more information such as what you did for RAA (designer, writer, researcher, specialty consultant?) and what project(s) you worked on.
>
> Thank you.
>
> Deborah Wolff
> *Chief of Staff* | RAA
> 88 Pine Street  New York NY 10005
> 1.212.334.8200 | www.raa.com

 Gmail

Louis Anthes <louis.anthes@gmail.com>

## REQUEST FOR ASSISTANCE

Louis Anthes <louis.anthes@gmail.com>
To: Lsacinfo <LSACINFO@lsac.org>

Mon, Mar 20, 2017 at 7:43 AM

The certificates are for your confirmation of my identity.

Again, please send your response in a one page letter through USPS.

These emails will be forwarded to IRS.

L Anthes

On Mar 20, 2017 7:09 AM, "Lsacinfo" <LSACINFO@lsac.org> wrote:

Dear Mr. Anthes:

If you did not have an account with LSAC, either as a registrant for the LSAT or for a publication or other service, then we would have no record of your name and "other information." While we note receipt of your "Certificates of Standing," we will not forward or retain them.

Candidate Communications Analyst
lsacinfo@lsac.org

Law School Admission Council
662 Penn Street, Newtown, PA 18940
P: 215.968.1001 • F: 215.968.1119
LSAC.ORG

Access your account at www.LSAC.org for up to the minute information. Or, speak to a telephone representative at 215-968-1001 September to February 8:30 am to 6:00 pm ET, March to August 8:30 am to 4:45 pm ET. Due to heavy volume at this time please allow two to three business days for an e-mail response.

CB

From: Louis Anthes [mailto:louis.anthes@gmail.com]
Sent: Tuesday, March 14, 2017 7:19 PM
To: Lsacinfo
Subject: Re: REQUEST FOR ASSISTANCE

To whom it may concern:

Please see email thread below, for context of this present email:

Attached to this email, below, please find pdf copies of my "Certificates of Standing" with the California State Bar.

I was admitted in 2009, and since that time, I have maintained an active practice of law, with ZERO disciplinary procedures against me, and ZERO COMPLAINTS against me, for ALL EIGHT YEARS.

Please note and forward information to appropriate people: I am an Officer of the Courts of the State of California, in good standing, with no disciplinary record.

Those are the FACTS.

Thank you.

Louis

On Thu, Mar 9, 2017 at 8:19 AM, Louis Anthes <louis.anthes@gmail.com> wrote:

I spoke with "Misty" five minutes ago. She said she understands the email below, she agreed she would review the email below, and she agreed to respond to my email with a WRITTEN LETTER sent via USPS, not any other means.

Misty also understood there is no immediate urgency, and I am happy to wait up to a week or so to receive my requested letter from the Council.

Louis Anthes

On Thu, Mar 9, 2017 at 8:15 AM, Lsacinfo <LSACINFO@lsac.org> wrote:

Thank you for your inquiry to LSAC.

I am very sorry, but I do not quite understand your question. Please re-send you email with more specifics or call (215) 968-1001 and press "0" to speak to a Customer Service Representative.

LSAC

Candidate Communications

LSACinfo@LSAC.org

Law School Admission Council

662 Penn Street, Newtown, PA 18940

P: 215.968.1001 • F: 215.968.1119

LSAC.org

3/24/2017

Gmail - REQUEST FOR ASSISTANCE

Access your account at www.LSAC.org for up to the minute information. Or, speak to a telephone representative at 215-968-1001 September to February 8:30 am to 6:00 pm ET; March to August 8:30 am to 4:45 pm ET. Due to heavy volume at this time please allow two to three business days for an e-mail response.

KWK

From: Louis Anthes [mailto:louis.anthes@gmail.com]
Sent: Monday, March 06, 2017 10:47 AM
To: Lsacinfo
Subject: REQUEST FOR ASSISTANCE

To whom it may concern:

After making a phone call just this morning, the telephone representative I spoke with asked me to send this email.

The purpose of my email is to obtain a one-page written letter from the Law School Admissions Council (its Departments and agents) indicating results of the Council's duly authorized representative conducting a search of LSAC databases using the following information:

Name: Louis Anthes (before 2011: "Louis Christian Anthes IV")

DoB: ▬▬▬▬, 1965
SSN: XXX-XX-6210
Search Dates: 1990-1996 (ALL)

My EXPECTATION is that my name and information will NOT appear in any LSAC database in the years preceding my admission to NYU Law School, which occurred in 1996. In fact, I received my J.D. from NYU in 2000, and I passed the California Bar Exam in 2000.

Again, I seek merely written confirmation that my name and information does NOT appear in any LSAC database inclusive of the years 1990 through 1996.

Sincerely,

Louis Anthes
PO Box 2313
Long Beach, CA 90802
(562) 353-5052

# PROFFERED EVIDENCE

Volumes One – Three

I   Personal

II  Student Loans

III Investigatory

Prepared by **Louis Anthes**, (born ▬▬▬, 1968, Camp Darby, Livorno, Italy)
SSN 3▬▬-9210, CBN 263059

# PROFFERED EVIDENCE

## Volume One

### Identity

Current Business Card; Social Security Card; California Driver's License; 2017 California State Bar Member Card; U.S. Passport Identifying Page; Certificate of Birth; Certificate of Baptism; Report of Child Born Abroad of American Parents; California Judicial Council Form NC-130 ("Name Change"); California State Bar Certificates of Standing

### Health

Letter for Louis Anthes, March 16, 2017 from Dr. Priti Saghal, M.D.; TOVA Test Results, September 13, 2016, Dr. Priti Saghal Office; Letter for Louis Anthes, August 16, 2016 from Dr. Lester Mindus, Ph.D.; Summary for Louis Anthes, January 8, 2016, from Dr. William Wong, M.D.; Email, April 17, 2014 from Dr. David Shaw, M.D. to Louis Anthes; Letter, March 26, 2014, from Ms. Parks, Dr. Gabrielle Beaubrun, M.D.; March 3, 2014 MMPI Results; MAPT DNA Sequencing Test Results, September 28, 2013, Athena Diagnostics; Letters (2) for Louis Anthes, September 8, 2013, from Dr. Bolinger, M.D., Email, August 27, 2013, from Dr. David Shaw, M.D. to Louis Anthes; Letter, July 22, 2013 from Louis Anthes to Dr. Rajesh Baghat, M.D.; Letter, July 16, 2013 from Dr. Rajesh Baghat, M.D. to Louis Anthes; Disability Appeal Rejection Letter, August 12, 2013, Social Security Administration to Louis Anthes

### Education

Doctor of Philosophy Diploma for Louis Anthes, New York University, Graduate School of Arts and Science, September 2000; Juris Doctor Diploma for Louis Anthes, New York University, School of Law, May 2000; Transcripts for School of Law and Graduate School of Arts and Science, New York University, for Louis Anthes; Signature of Professor William E. Nelson on Dissertation, New York University; Publication Data and Table of Contents for Monograph, "Lawyers and Immigrants" based on NYU Dissertation; Letter, March 14, 2016 from Leo F. Balk (publisher) to Louis Anthes; Transcripts for New College Division and Social Sciences Division, University of Chicago, for Louis Anthes

### Employment

Letter, May 6, 2015 from President Barack H. Obama to Louis Anthes; Letter, April 2, 2015, from Louis Anthes to Long Beach Mayor Robert Garcia (with several attachments); Letter, January 9, 2015, from Diane Feinstein to Louis Anthes; Letter, July 6, 2012 from Dallas Bar Association to Louis Anthes; Letter, February 29, 2012 from Los Angeles City Attorney Office to Course Attendees

### Tax

Letter, February 15, 2017, from R&W Financial Services to Louis Anthes and Jeremiah T. Malumaleumu; Letters, May 3, 2015, from Internal Revenue Service to Louis Anthes

Prepared by Louis Anthes, (born ⬛⬛⬛, 1968, Camp Darby, Livorno, Italy)
SSN ⬛⬛⬛-9210, CBN 263059

# PROFFERED EVIDENCE

## Volume Two

### 3.1.17 Nelnet Ltr

"Student Loan Statement," February 16, 2017 Nelnet; "Unemployment Deferment Request," OMB Form 1845-0011; "Release of Authorization Form," November 11, 2016 (re-signed); "Student Loan Deferment Letters," December 9, 2016, Nelnet; Four (4) "Action/Response Plan" documents, including Los Angeles County Bar Continuing Education; Attorney Employment negotiation emails; Kickstarter fundraising campaign; Letter, January 19 and 20, 2017 to President Donald J. Trump, NY Atty. Gen., US Atty. in Manhattan, US Senators Dianne Feinstein and Charles Schumer (including several attachments)

## Servicer Docs

Letters, correspondences, bills, 2012-present, from student loan servicers "Nelnet" and "Direct Loans"

Prepared by Louis Anthes, (born ▓▓▓▓, 1968, Camp Darby, Livorno, Italy)
SSN 3▓▓▓▓9210, CBN 263059

# PROFFERED EVIDENCE

## Volume Three

### AHA

Letter, October 1, 2015 from American Historical Association ("AHA") to Louis Anthes (with enclosure of Letter, September 14, 2001 from AHA to Louis Anthes, and AHA Statement on Professional Complaints, May 5, 2003); Letter, September 18, 2015, from Louis Anthes to AHA (with enclosures, including authenticated Letter, September 7, 2001 from Louis Anthes to AHA)

### Clemson

Letter, November 3, 2015, from Clemson University Counsel to Louis Anthes (with enclosures)

### CFPB, USDOE, NYSDE

Letter, January 29, 2015, from United States Consumer Financial Protection Bureau ("CFPB") to Louis Anthes; Letter, December 15, 2014, from Louis Anthes to CFPB; Email, November 24, 2014, from US Department of Education ("USDOE") to Louis Anthes; Letter, August 30, 2014, from Louis Anthes to Leslie Templeman, New York State Department of Educationl ("NYSDE"); Letter, August 15, 2014, from Louis Anthes to Aaron Jordan, USDOE; Letter, August 15, 2014, from Louis Anthes to NYSDE; Letter, August 8, 2014 from NYSDE to Louis Anthes

### Fed. Ct. Clerk App.

Letter, March 8, 2016, from Louis Anthes to United Stated District Court, Los Angeles, Re Vacancy No. 16-14 (with enclosures, including samples of legal work)

### Hearing Transcript

Reporter's Transcript of Restraining Order Proceedings, Monday, October 19, 2015, Kathleen Harshaw, CSR #11071, Court Reporter, Superior Court of the State of California, Department S-14, Hon. Ana Maria Luna, Judge, Presiding, Case No. NS031124

### Pub. Contracts

"GetOutLB" and Louis Anthes Publishing Agreement, July 19, 2012; Publication data page and Table of Contents from "Bear Lust," ed. by Ron Suresha (2004); Publication data page and Table of Contents from "Inside Him," ed. by Joël B. Tan (2006)

### NYCDOI

Letter, July 20, 2015, from New York City Department of Investigations to Louis Anthes (with several attachments showing IRS disclosing written proof that IRS data routinely collected by New York City Department of Finance)

### USDOJ

Letter, January 5, 2016, from Susan Gerson (Assistant Director, DOJ) to Louis Anthes (with several correspondences regarding possible sharing of information with Los Angeles City government related to purported medical marijuana use)

Prepared by Louis Anthes, (born ██████, 1968, Camp Darby, Livorno, Italy)
SSN ███████-9210, CBN 263059

1
2
3
4
5
6
7
8
9
10
11
12
13
14                                    EXHIBIT C
15
16
17
18
19
20
21
22
23
24
25
26
27
28



July 23, 2015



The Honorable Dianne Feinstein
United States Senator
One Post Street, Suite 2450
San Francisco, CA *94104

Account No: xxx-xx-9210
Louis Anthes

Dear Senator Feinstein:

Thank you for your recent letter on behalf of Mr. Louis Anthes regarding his federal student loan account with the U.S. Department of Education, Federal Student Aid. Mr. Anthes' concerns, as we understand them, are:

1.  He is unemployed and unable to make payments while unemployed, and his loan servicer, Nelnet, is taking his spouse's income into consideration when calculating payments based on his income.
2.  He would like to know if his spouse is subject to garnishment of income or pension, in pursuit of payment toward his student loan obligation.

## Issue 1: Using spouse's income for income based repayment

If Mr. Anthes filed a joint federal income tax return with his spouse, his loan holder will base his eligibility for Income Based Repayment (IBR) and monthly payment amount on his and his spouse's combined income. Additionally, his spouse's federal student loan debt will be taken into consideration. Mr. Anthes is currently qualified for a lower payment under the IBR plan. His last payment was due on July 7, 2015, in the amount of $561.46. To date, no payments have been made to the account. Previously, Mr. Anthes qualified for an unemployment deferment from January through July of 2015. He can renew eligibility for an unemployment deferment by submitting the enclosed application.

## Issue 2: Garnishment of spouse's income

Administrative offset of federal and state tax refunds and other payments is authorized by the Debt Collection Act of 1982 and the Debt Collection Improvement Act of 1996. Any account with the Department that has a balance and is not in repayment due to default is eligible for referral to the U.S. Department of the Treasury's Financial Management Service (FMS) for offset. Up to 15 percent of a Social Security payment may be offset. The amount offset may not reduce the Social Security payment to less than $750 per month. That said, a spouse's wages are not subject to garnishment due to default. However, if Mr. Anthes and his spouse file taxes jointly, any joint tax return would be subject to offset due to defaulted student loans.





Page 2

**Additional Information:**

Mr. Anthes' loan account with Nelnet is past due, as described above. If he is still unemployed, he can apply online for a deferment or forbearance. He is currently in repayment status, under the IBR plan, with a PFH payment of $561.46. His PFH period is set to expire on August 7, 2015. If he'd like to renew eligibility for a PFH, he must submit an application along with proof of income by August 16, 2015. If he does not submit a completed application to Nelnet before August 16, 2015, he will enter the permanent standard, and accrued interest will capitalize on the account.

As always, Nelnet is available to help Mr. Anthes with his student loan questions or concerns at 888.486.4722, 24/7. He can also email NelnetCustomerSolutions@Nelnet.net or chat online at Nelnet.com.

For further information regarding the account in question, your office may contact the Department's Office of Legislation and Congressional Affairs.

We hope you find this information helpful when responding to Mr. Anthes

Sincerely,

*Naomi Randolph*

Naomi Randolph Special Assistant,
Operations Services
Federal Student Aid

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California   ▼

|  |  |  |
|---|---|---|
| LOUIS ANTHES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| NEW YORK UNIVERSITY, | ) | |
| NEW YORK UNIVERSITY SCHOOL OF LAW, | ) | |
| WILLIAM E. NELSON | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GENERAL COUNSEL'S OFFICE OF NEW YORK UNIVERSITY

> JEFFREY P. METZLER, Associate General Counsel
> New York University
> 70 Washington Square S.
> New York, New York 10012
> T: (212) 998-2258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| LOUIS ANTHES | LOUIS ANTHES |
| California State Bar No. 263059 | |
| P.O. Box 2313 | 947 E. Broadway, Apt. 10 |
| Long Beach, CA 90801-2313 | Long Beach, CA 90802 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:

**Louis Anthes**
P.O. Box 2313
Long Beach, CA  90801-2313
(562) 363-5052
louis.anthes@gmail.com

April 5, 2017

RECEIVED
SDNY DOCKET UNIT

2017 APR -6  PM 3:35

**SENT VIA FEDERAL EXPRESS**

United States District Court
of the Southern District of New York
**Pro Se Intake Unit**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007
(212) 805-0175

RE:    **FEDERAL CIVIL COMPLAINT TO BE FILED
          IN THE SOUTHERN DISTRICT OF NEW YORK**

To whom it may concern:

Attached to this one-page letter, please find 40 (forty) pages of documents which I seek to file immediately in the Federal District Court of the Southern District of New York.

These 40 pages, filled-out and signed by me, include:

- A Civil Cover Sheet (one page)
- Request to Proceed In Forma Pauperis with Declaration, CV-60 (two pages)
- Complaint (eight pages)
- Complaint Exhibits A-C (27 pages, including "Exhibit A" – Certificates of Standing; "Exhibit B" – email to NYU/IRS with attachments; "Exhibit C" – letter from US Dept. of Ed. to Senator Feinstein)
- Summons in a Civil Action, AO 440 (two pages)

I have already sent these documents to the New York Legal Assistance Group (NYLAG), and they have reviewed my work. I spoke with NYLAG on April 5, 2017

Please proceed to review my documents, which I believe are ready to be filed.  I understand that your office will supply me with a conforming copy, after the original has been filed.  If my application to proceed In Forma Pauperis is granted, I will ask the Court to serve process on Jeff Metzler, Associate General Counsel, New York University General Counsel Office, 70 Washington Square South, New York, New York 10012, (212) 998-2258.

Thank you,

Louis Anthes
encl

JS 44   (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

LOUIS ANTHES, CBN 263059, PRO SE

**(b)** County of Residence of First Listed Plaintiff  Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Louis Anthes, CBN 263059 -- Phone: (562) 363-5052
947 E. Broadway, Apt. 10, Long Beach, California 90802

## DEFENDANTS

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY SCHOOL OF LAW, WILLIAM E. NELSON

County of Residence of First Listed Defendant  New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
JEFF METZLER, Assoc. Gen. Counsel -- Phone: (212) 998-2258
NYU-GENERAL COUNSEL
70 Wash. Sq. S., New York, New York 10012

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❐ 1  U.S. Government Plaintiff
- ❐ 2  U.S. Government Defendant
- ❐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ❐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ❐ 5 |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❐ 110 Insurance<br>❐ 120 Marine<br>❐ 130 Miller Act<br>❐ 140 Negotiable Instrument<br>❐ 150 Recovery of Overpayment & Enforcement of Judgment<br>❐ 151 Medicare Act<br>❐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❐ 153 Recovery of Overpayment of Veteran's Benefits<br>❐ 160 Stockholders' Suits<br>❐ 190 Other Contract<br>❐ 195 Contract Product Liability<br>❐ 196 Franchise | **PERSONAL INJURY**<br>❐ 310 Airplane<br>❐ 315 Airplane Product Liability<br>❐ 320 Assault, Libel & Slander<br>❐ 330 Federal Employers' Liability<br>❐ 340 Marine<br>❐ 345 Marine Product Liability<br>❐ 350 Motor Vehicle<br>❐ 355 Motor Vehicle Product Liability<br>❐ 360 Other Personal Injury<br>❐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❐ 365 Personal Injury - Product Liability<br>❐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☒ 370 Other Fraud<br>❐ 371 Truth in Lending<br>❐ 380 Other Personal Property Damage<br>❐ 385 Property Damage Product Liability | ❐ 625 Drug Related Seizure of Property 21 USC 881<br>❐ 690 Other | ❐ 422 Appeal 28 USC 158<br>❐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>❐ 820 Copyrights<br>❐ 830 Patent<br>❐ 840 Trademark<br>**SOCIAL SECURITY**<br>❐ 861 HIA (1395ff)<br>❐ 862 Black Lung (923)<br>❐ 863 DIWC/DIWW (405(g))<br>❐ 864 SSID Title XVI<br>❐ 865 RSI (405(g)) | ❐ 375 False Claims Act<br>❐ 376 Qui Tam (31 USC 3729(a))<br>❐ 400 State Reapportionment<br>❐ 410 Antitrust<br>❐ 430 Banks and Banking<br>❐ 450 Commerce<br>❐ 460 Deportation<br>❐ 470 Racketeer Influenced and Corrupt Organizations<br>❐ 480 Consumer Credit<br>❐ 490 Cable/Sat TV<br>❐ 850 Securities/Commodities/ Exchange<br>❐ 890 Other Statutory Actions<br>❐ 891 Agricultural Acts<br>❐ 893 Environmental Matters<br>❐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>❐ 210 Land Condemnation<br>❐ 220 Foreclosure<br>❐ 230 Rent Lease & Ejectment<br>❐ 240 Torts to Land<br>❐ 245 Tort Product Liability<br>❐ 290 All Other Real Property | **CIVIL RIGHTS**<br>❐ 440 Other Civil Rights<br>❐ 441 Voting<br>❐ 442 Employment<br>❐ 443 Housing/ Accommodations<br>❐ 445 Amer. w/Disabilities - Employment<br>❐ 446 Amer. w/Disabilities - Other<br>❐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❐ 463 Alien Detainee<br>❐ 510 Motions to Vacate Sentence<br>❐ 530 General<br>❐ 535 Death Penalty<br>**Other:**<br>❐ 540 Mandamus & Other<br>❐ 550 Civil Rights<br>❐ 555 Prison Condition<br>❐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>❐ 710 Fair Labor Standards Act<br>❐ 720 Labor/Management Relations<br>❐ 740 Railway Labor Act<br>❐ 751 Family and Medical Leave Act<br>❐ 790 Other Labor Litigation<br>❐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>❐ 462 Naturalization Application<br>❐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>❐ 870 Taxes (U.S. Plaintiff or Defendant)<br>❐ 871 IRS—Third Party 26 USC 7609 | ❐ 896 Arbitration<br>❐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>❐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ❐ 2  Removed from State Court
- ❐ 3  Remanded from Appellate Court
- ❐ 4  Reinstated or Reopened
- ❐ 5  Transferred from Another District *(specify)*
- ❐ 6  Multidistrict Litigation - Transfer
- ❐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. Sec. 3729; 18 U.S.C. 242

Brief description of cause:
Alleging Defendants Violated Federal False Claims Act., Giving Rise to Liabiliity for Fraud and Civil Rights Claims

## VII. REQUESTED IN COMPLAINT:

- ❐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  3,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



earthsmart

FedEx carbon-neutral
envelope shipping

RECEIVED
SDNY DOCKET UNIT

2017 APR -6  PM 3: 35

ORIGIN ID:LGBA  (562) 363-5052
LOUIS ANTHES

947 E BROADWAY APT 10

LONG BEACH, CA 90802
UNITED STATES US

SHIP DATE: 05APR17
ACTWGT: 0.40 LB
CAD: 6991594/SSF01801

BILL THIRD PARTY

TO  **UNITED STATES COURT**
**PRO SE INTAKE UNIT**
**500 PEARL ST**
**RM 200**
**NEW YORK NY 10007**
(212) 806-0176      REF:
INV:
PO:                          DEPT:

**FedEx**
Express

REL#
3785346

E

TRK#
0201  **7861 4927 6204**

**THU – 06 APR 10:30A**
**PRIORITY OVERNIGHT**

**XA PCTA**

**10007**
NY-US  **EWR**

