UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DR. LOUIS ANTHES,

                    Plaintiff,

-against-

NEW YORK UNIVERSITY, NYU
SCHOOL OF LAW, and DR. WILLIAM E.
NELSON,

                    Defendants.
-------------------------------------------------------------x

Civ. No.: 1:17-cv-02511-ALC

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that, upon the accompanying Declaration of Susan D. Friedfel and Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's First Amended Complaint, Defendants, New York University ("NYU"), NYU School of Law, and Dr. William E. Nelson ("Dr. Nelson") (hereinafter collectively referred to as "Defendants") through their undersigned attorneys, will move this Court before the Honorable Andrew L. Carter, Jr., at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, Courtroom 1306, on September 29, 2017, or as soon thereafter as they may be heard, for an Order: (1) dismissing Plaintiff's First Amended Complaint in its entirety with prejudice; and (2) awarding Defendants such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that this Court has ordered that any answering papers, if any, be served by September 8, 2017 and reply papers, if any, be served by September 29, 2017.

Dated: July 28, 2017

Respectfully submitted,

By: */s/ Susan D. Friedfel*
*/s/ Joseph J. DiPalma*
Susan D. Friedfel
Joseph J. DiPalma
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-8060

Susan.Friedfel@jacksonlewis.com
Joseph.DiPalma@jacksonlewis.com
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DR. LOUIS ANTHES,

                Plaintiff,

-against-

NEW YORK UNIVERSITY, NYU                  Civ. No.: 1:17-cv-02511-ALC
SCHOOL OF LAW, and DR. WILLIAM E.
NELSON,

                Defendants.

---------------------------------------------------------------x

# **CERTIFICATE OF SERVICE**

       I am an attorney duly admitted to practice before the courts of the State of New York, and affirm under penalty of perjury that a copy of the Defendants' Notice of Motion to Motion to Dismiss Plaintiff's First Amended Complaint, Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and Declaration of Susan D. Friedfel, Esq., in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint with accompanying exhibits, has been served on *pro se* Plaintiff via First Class Mail, Electronic Mail and ECF on July 28th, 2017 at the address listed below:

> Dr. Louis Anthes
> PO Box 2313
> Long Beach, California 90802
> Dr.louis.anthes@gmail.com

                                                          */s/ Joseph J. DiPalma*
                                                          Joseph J. DiPalma

4827-3354-2988, v. 2