UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Louis Anthes,<br><br>        Plaintiff,<br>        *Pro Hac Vice*<br><br>    against<br><br>New York University ("NYU"), New York University School of Law, and Dr. William E. Nelson,<br><br>        Defendant(s). | No. 1:17-cv-02511 (ALC) |

## **AFFIDAVIT OF LOUIS ANTHES REPORTING ATTORNEY MISCONDUCT: ATTORNEY SUSAN FRIEDFEL AND DEFENDANT WILLIAM NELSON**

I, Louis Anthes, appearing *Pro Hac Vice* and for himself, hereby declare:

1. Pursuant to this Court's December 15, 2017 order (ECF No. 80), I am admitted *Pro Hac Vice* in the case of *Louis Anthes v. NYU et al.*, case number 1:17-cv-2511 (ALC), for the United States District Court, Southern District of New York.

2. According to the docket in this case, **Defendant William Nelson** personally filed, on July 28, 2017, on behalf of all Defendants, a motion for dismissal with prejudice of my lawsuit. ECF No. 46.

3. On January 31, 2018, during a phone call I received from opposing counsel, **Attorney Susan Friedfel**, at approximately 10:00 a.m., New York time, I specifically asked Attorney Friedfel, whether Defendant William Nelson, in this lawsuit, was appearing as his own counsel, as co-counsel or exclusively as her client. In that conversation, Attorney Friedfel answered that Defendant Nelson was exclusively her firm's client in this lawsuit.

4. I allege the existence of a contradiction between the information I have

reported above, in ¶2 and ¶3, and further, I allege that this contradiction indicates attorney misconduct in this lawsuit, on the part of both Attorney Friedfel and Attorney Nelson in violation of the Court's "Local Rule of Court, Rule 26.4": In our phone conversation of January 31, 2018, Ms. Friedfel should not have stated to me that Defendant Nelson was <u>only</u> her firm's client in this litigation (a false statement); Ms. Friedfel should have stated to me that, in fact, Defendant Nelson was operating BOTH as her firm's client and as counsel/co-counsel in this litigation.

5. It is my intention to seek sanctions against Attorney Susan Friedfel and Attorney William Nelson regarding the facts recited above: I move the Court to deny Defendant's motion for dismissal with prejudice (ECF No. 46) and to allow me to file a motion requesting a subpoena compelling Defendant Nelson's oral deposition pursuant to Fed.R.Civ.Pro. 30, and also Fed.R.Civ.Pro. 43, Fed.R.Evid. 611(c)(2) ("hostile witness").

Pursuant to the laws of the United States (28 U.S.C. §1746), I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>February 12, 2018</u>　　　　Respectfully Submitted,

By: _____
LOUIS ANTHES,
ATTORNEY *PRO HAC VICE*, CBN 263059
P.O. BOX 2313
LONG BEACH, CA 90802
TEL: (562) 363-5052
dr.louis.anthes@gmail.com