

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (914) 872-8027
MY E-MAIL ADDRESS IS: Susan.Friedfel@jacksonlewis.com

February 12, 2018

**VIA ECF & E-mail (ALCarterNYSDChambers@nysd.uscourts.gov)**

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

        Re: **Anthes v. New York University, et al.**
           **Case No.: 17-cv-02511-ALC**

Dear Judge Carter:

    We represent Defendants New York University ("NYU"), New York University School of Law ("NYU Law"),[1] and Dr. William E. Nelson (collectively the "Defendants") in the above-referenced matter. I write in response to the affidavit filed by Plaintiff Dr. Louis Anthes (ECF No. 105) and the email he sent to the Court at 6:20 a.m. today, stating his intent to seek sanctions against me and my client, Defendant Professor William E. Nelson. Dr. Anthes's ad hominem attacks and baseless accusations against me and Professor Nelson, are offensive and entirely unfounded. Dr. Anthes claims that I lied to him when I told him that our firm represents Professor Nelson and that, although he is an attorney, Professor Nelson is not serving as co-counsel in this lawsuit. My statement to Dr. Anthes was completely true. Dr. Anthes incorrectly states in his affidavit that "Defendant William Nelson personally filed, on July 28, 2017, on behalf of all Defendants, a motion for dismissal with prejudice of my lawsuit. ECF No. 46." It appears that Dr. Anthes does not understand how to read the docket sheet, which identifies the attorney who filed the document in parenthesis after the description. Docket Entry No. 46 correctly indicates that I filed the motion to dismiss on behalf of all defendants. The docket entry at issue states,

> "MOTION to Dismiss. Document filed by William E. Nelson, New York University, New York University School of Law. Responses due by

---

[1] Please note that New York University School of Law is a school within New York University and is not an independent legal entity subject to suit. Accordingly, the proper Defendants herein are New York University and Dr. William E. Nelson.

9/8/2017 Return Dates set for 9/29/2017 at 2:00 pm. (Friedfel, Susan) (Entered: 7/28/2017)." (See docket sheet attached as Exhibit A.)

There is no inconsistency between the court docket and my representation to Dr. Anthes that Professor Nelson was not acting as counsel.

Dr. Anthes's request that the Court deny Defendants' motion to dismiss and allow him to "file a motion requesting a subpoena compelling Defendant Nelson's oral deposition…" should be denied. Defendants have not engaged in any misconduct at all whatsoever. As discussed above, at no time did I lie to Dr. Anthes. Furthermore, Defendants have had no obligation to engage in discovery as Defendants' motion to dismiss is still pending and this Court has not ordered a scheduling conference. *See* F.R.C.P. §§ 26(a)(1)(C), 26(f). Accordingly, neither Defendants nor I have violated any obligation under Local Rule 26.4 or any other rule governing discovery. Dr. Anthes's efforts to impugn my character and his suggestion that I withdraw as counsel are outrageous. Dr. Anthes cannot deprive my clients of the counsel of their choice by threatening entirely baseless sanctions against me in an effort to intimidate me into withdrawing. Moreover, his suggestion that if the court does not consider his request for non-monetary sanctions it will be construed as bias, is a completely inappropriate attempt to pressure this Court to rule in his favor. While representing himself *pro se*, Dr. Anthes is a licensed attorney and he should be held to a standard of conduct befitting an officer of the court.

At best, Dr. Anthes's request is an extreme overreach based upon a legitimate mistake; at worst, it is a bad faith attempt to manipulate myself and this court to his advantage. We, therefore, request that Plaintiff's request be denied and that Dr. Anthes's affidavit (ECF No. 105) be stricken from the record as it includes unfounded attacks on my and my client's character based solely on Dr. Anthes's misunderstanding of how to read a docket sheet. We further ask the Court to direct Plaintiff not to make any similar ad hominem attacks in the future.

We thank the Court for its consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Susan D. Friedfel*
Susan D. Friedfel

cc: Louis Anthes, Esq. *pro se plaintiff* (via ECF and email)

4837-2780-0157, v. 1

# EXHIBIT A

ECF,PRO-SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:17-cv-02511-ALC

| | |
|---|---|
| Anthes v. Nelson et al | Date Filed: 04/06/2017 |
| Assigned to: Judge Andrew L. Carter, Jr | Jury Demand: Plaintiff |
| Cause: 28:1331cv Fed. Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Louis Anthes**     represented by **Louis Anthes**
Law Office of Louis Anthes
947 E. Broadway, Apt. 10
Long Beach, CA 90802
(562)-363-5052
Fax: (562)-363-5052
Email: louis.anthes@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**William E. Nelson**     represented by **Susan Deegan Friedfel**
Jackson Lewis P.C. (WP)
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-8027
Fax: (914) 946-1216
Email: Susan.Friedfel@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph James DiPalma**
Jackson Lewis P.C. (WP)
44 South Broadway, 14th Floor
White Plains, NY 10601
(914)-872-6920
Fax: (914)-946-2492
Email: joseph.dipalma@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **New York University** | represented by | **Susan Deegan Friedfel** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Joseph James DiPalma** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **New York University School of Law** | represented by | **Susan Deegan Friedfel** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Joseph James DiPalma** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2017 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Louis Anthes.(sac) (Entered: 04/07/2017) |
| 04/06/2017 | 2 | COMPLAINT against William E. Nelson, New York University, New York University School of Law. Document filed by Louis Anthes.(sac) (Entered: 04/07/2017) |
| 04/06/2017 | | Case Designated ECF. (sac) (Entered: 04/07/2017) |
| 04/07/2017 | 3 | ORDER DENYING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is denied as Plaintiff has sufficient assets to pay the fee. See 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees a $350.00 filing fee and a $50.00 administrative fee within 30 days of the date of this order. Filing Fee due by 5/8/2017. (Signed by Judge Colleen McMahon on 4/7/2017) (sac) (Entered: 04/10/2017) |
| 04/07/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 3 Order Denying IFP Application, to the Docket Assistant Clerk for case processing. (sac) (Entered: 04/10/2017) |
| 04/07/2017 | | NOTICE OF CASE ASSIGNMENT - SUA SPONTE to Judge Colleen McMahon. Judge Unassigned is no longer assigned to the case. (sac) (Entered: 04/11/2017) |
| 04/10/2017 | | Mailed a copy of 3 Order Denying IFP Application, to Louis Anthes 947 E. Broadway Apt. 10 Long Beach, CA 90802. (jgo) (Entered: 04/10/2017) |
| 04/26/2017 | 4 | MOTION for Leave to Proceed In Forma Pauperis on Appeal. Document filed by Louis Anthes.(tp) (Entered: 04/27/2017) |
| 04/27/2017 | 5 | |

| | | |
|---|---|---|
| | | ORDER DENYING IFP APPLICATION denying 4 Motion for Leave to Appeal in forma pauperis. The Court denies Plaintiff's motion to proceed IFP (ECF No. 4). The Court directs Plaintiff to pay $400.00 in fees a $350.00 filing fee and a $50.00 administrative fee within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the Court will dismiss the action, without prejudice to Plaintiff's refiling it. The Clerk of Court is directed to mail a copy of this order to Plaintiff, and note service on the docket. (Signed by Judge Colleen McMahon on 4/27/2017) (sac) (Entered: 04/28/2017) |
| 04/27/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 5 Order on Motion for Leave to Appeal in forma pauperis, to the Docket Assistant Clerk for case processing. (sac) (Entered: 04/28/2017) |
| 04/28/2017 | | Mailed a copy of 5 Order on Motion for Leave to Appeal in forma pauperis, to Louis Anthes 947 E. Broadway Apt. 10 Long Beach, CA 90802. (jgo) (Entered: 04/28/2017) |
| 04/28/2017 | 6 | WAIVER re: SERVICE OF SUMMONS. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 04/28/2017) |
| 04/28/2017 | 7 | WAIVER re: SERVICE OF SUMMONS. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 04/28/2017) |
| 04/28/2017 | | Pro Se Payment of Fee Processed: Check processed by the Finance Department on 4/28/2017, Receipt Number 465401180417. (aa) (Entered: 04/28/2017) |
| 04/28/2017 | | SUMMONS ISSUED as to William E. Nelson, New York University, New York University School of Law. (jom) (Entered: 04/28/2017) |
| 04/28/2017 | | Magistrate Judge James L. Cott is so designated. (ad) (Entered: 04/28/2017) |
| 04/28/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Andrew L. Carter, Jr. Judge Colleen McMahon is no longer assigned to the case. (ad) (Entered: 04/28/2017) |
| 05/01/2017 | 9 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** PROPOSED LETTER MOTION to Substitute Attorney. Old Attorney: LOUIS ANTHES, New Attorney: TBD addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated APRIL 28, 2017. Document filed by Louis Anthes. Return Date set for 5/2/2017 at 05:00 PM.(Anthes, Louis) Modified on 6/14/2017 (ldi). (Entered: 05/01/2017) |
| 05/02/2017 | 10 | MEMO ENDORSEMENT denying 9 Motion to Substitute Attorney. ENDORSEMENT: PLAINTIFF'S REQUEST IS DENIED. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 5/2/2017) (anc) (Entered: 05/02/2017) |
| 05/03/2017 | 11 | MOTION for Permission for LOUIS ANTHES to participate in electronic case filing in this case *17-cv-2511*. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 05/03/2017) |
| 05/04/2017 | 12 | APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL. Document filed by Louis Anthes.(sc) (Entered: 05/04/2017) |
| 05/05/2017 | 13 | |

| | | |
|---|---|---|
| | | LETTER addressed to Judge Colleen McMahon from Louis Anthes, dated 4/28/17 re: Plaintiff submits this letter with attached copies of his state disability application, his letter from his psychiatrist identifying the disability and the Court's order; and he informs the Court that the filing fee has been tendered to a process server; and that the same company has agreed to tender payment immediately to the clerk and, additionally, to serve the Summons & Complaint and the additional rules and papers on the defendant's attorney, Jeff Meltzer of New York University. Document filed by Louis Anthes.(sc) (Entered: 05/05/2017) |
| 05/08/2017 | 14 | PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT: FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)(A); FIRST AMENDED COMPLAINT; re: to Amend/Correct 2 Complaint. Document filed by Louis Anthes.(sc) (Main Document 14 replaced on 5/10/2017) (sc). (Entered: 05/08/2017) |
| 05/08/2017 | 15 | SUMMONS RETURNED EXECUTED/ Summons and Complaint served. New York University served on 5/4/2017, answer due 5/25/2017. Service was accepted by Jennifer Jimenez, Legal Asst. in Office of General Counsel, Jeffrey P. Meltzer. Document filed by Louis Anthes. (sc) (Entered: 05/08/2017) |
| 05/08/2017 | 16 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING; re: for Permission for Louis Anthes to participate in electronic case filing in this case. Document filed by Louis Anthes.(sc) (Entered: 05/09/2017) |
| 05/17/2017 | 17 | SUMMONS RETURNED EXECUTED. Summons and Complaint, Plaintiff's Motion for Change of Venue to Central District of California, Plaintiff's Motion for Leave to File First Amended Complaint, Notice of Lawsuit and Request to Waive Service of a summons to William Nelson, served. William E. Nelson served on 5/11/2017, answer due 6/1/2017; New York University served on 5/11/2017, answer due 6/1/2017; New York University School of Law served on 5/11/2017, answer due 6/1/2017. Service was accepted by Susan Friedel, Esq. Document filed by Louis Anthes. (sc) Modified on 5/17/2017 (sc). (Entered: 05/17/2017) |
| 05/17/2017 | 18 | SUMMONS RETURNED EXECUTED. Summons and Complaint, Plaintiff's Motion for a Change of Venue to Central District of California, Plaintiff's motion for Leave to File First Amended Complaint, Notice of a Lawsuit and Request to Waive Service of a Summons to William Nelson served. Service was accepted by Susan Friedfel, Esq. Document filed by Louis Anthes. (sc) (Entered: 05/17/2017) |
| 05/19/2017 | 19 | LETTER addressed to Judge Andrew L. Carter, Jr. from Susan D. Friedfel dated 05/19/2017 re: Extension of Time to Respond to First Amended Complaint. Document filed by William E. Nelson, New York University, New York University School of Law.(Friedfel, Susan) (Entered: 05/19/2017) |
| 05/22/2017 | 20 | NOTICE OF APPEARANCE by Susan Deegan Friedfel on behalf of William E. Nelson, New York University, New York University School of Law. (Friedfel, Susan) (Entered: 05/22/2017) |
| | | |

| | | |
|---|---|---|
| 05/22/2017 | 21 | NOTICE OF APPEARANCE by Joseph James DiPalma on behalf of William E. Nelson, New York University, New York University School of Law. (DiPalma, Joseph) (Entered: 05/22/2017) |
| 05/22/2017 | 22 | MEMO ENDORSEMENT on MOTION for Permission for LOUIS ANTHES to participate in electronic case filing in this case 17-cv-2511 denying 11 Motion for Permission for Electronic Case Filing. ENDORSEMENT: PLAINTIFF'S REQUEST IS DENIED. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 5/22/2017) (anc) (Entered: 05/22/2017) |
| 05/22/2017 | 23 | MEMO ENDORSEMENT on APPLICATION for the Court to Request Counsel denying 12 Application for the Court to Request Counsel. ENDORSEMENT: PLAINTIFF'S REQUEST IS DENIED. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 5/22/2017) (anc) (Entered: 05/22/2017) |
| 05/22/2017 | 24 | STIPULATION FOR DEFENDANTS TO ACCEPT SERVICE AND SET DEADLINE TO RESPOND TO AMENDED COMPLAINT ("Stipulation"): IT IS HEREBY STIPULATED AND AGREED, by and between pro se Plaintiff, Louis Anthes ("Plaintiff"), and Defendants, New York University, New York University School Of Law, and Dr. William E. Nelson, through their undersigned counsel, that Defendants accept service of Plaintiff's First Amended Complaint and the deadline for Defendants to answer, move or otherwise respond to Plaintiff's First Amended Complaint shall be June 1, 2017; and as further set forth herein. (Signed by Judge Andrew L. Carter, Jr on 5/22/2017) (anc) (Entered: 05/22/2017) |
| 05/22/2017 | 25 | FIRST AMENDED COMPLAINT amending 2 Complaint against William E. Nelson, New York University, New York University School of Law with JURY DEMAND.Document filed by Louis Anthes. Related document: 2 Complaint filed by Louis Anthes.(mt) (Entered: 05/22/2017) |
| 05/22/2017 | | Set/Reset Deadlines: William E. Nelson answer due 6/1/2017; New York University answer due 6/1/2017; New York University School of Law answer due 6/1/2017. (anc) (Entered: 05/22/2017) |
| 05/22/2017 | 26 | NOTICE OF MOTION(PLAINTIFF REQUEST FOR JUDICIAL NOTICE; re: for the Court to take judicial notice of the documents attached as Exhibits A-K to Plaintiff's Motion for Judicial Notice & Memorndum of Law. Document filed by Louis Anthes.(sc) (Entered: 05/23/2017) |
| 05/24/2017 | 27 | NOTICE OF MOTION; Re: Plaintiff's Request for Judicial Notice. Document filed by Louis Anthes.(sc) (Entered: 05/24/2017) |
| 05/24/2017 | 28 | PLAINTIFF DR. LOUIS ANTHES' S (Motion)REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE OF EVIDENCE 201 ("F.R.E. 201"), AND MEMORANDUM OF LAW WITH ATTACHED EXHIBITS A-K. Document filed by Louis Anthes.(sc) (Entered: 05/24/2017) |
| 05/24/2017 | 29 | DECLARATION of Louis Anthes IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL NOTICE (F.R.E. 201), MEMORANDUM OF LAW, re: 28 MOTION PLAINTIFF DR. LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE OF EVIDENCE 201 ("F.R.E. 201"), |

| | | |
|---|---|---|
| | | AND MEMORDUM OF LAW WITH ATTACHED EXHIBITS. Document filed by Louis Anthes. (sc) (Entered: 05/24/2017) |
| 06/01/2017 | 30 | LETTER addressed to Judge Andrew L. Carter, Jr. from Susan D. Friedfel dated 06/01/2017 re: Pre-motion. Document filed by William E. Nelson, New York University, New York University School of Law.(Friedfel, Susan) (Entered: 06/01/2017) |
| 06/02/2017 | 31 | LETTER MOTION for Conference re: 30 Letter addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated JUNE 2, 2017., LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated JUNE 2, 2017. Document filed by Louis Anthes. (Attachments: # 1 Affidavit Declaration by Jeremiah T. Malumaleumu)(Anthes, Louis) (Entered: 06/02/2017) |
| 06/05/2017 | 32 | DECLARATION of Susan D. Friedfel in Opposition re: 28 MOTION PLAINTIFF DR. LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE OF EVIDENCE 201 ("F.R.E. 201"), AND.. Document filed by William E. Nelson, New York University, New York University School of Law. (Friedfel, Susan) (Entered: 06/05/2017) |
| 06/05/2017 | 33 | DECLARATION of LOUIS ANTHES in Support re: 26 MOTION for the Court to take judicial notice of the documents attached as Exhibits A-K to Plaintiff's Motion for Judicial Notice & Memorndum of Law.. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 06/05/2017) |
| 06/07/2017 | 34 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Leave to File Excess Pages *"California EDD Form 429D"* addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated June 7, 2017. Document filed by Louis Anthes.(Anthes, Louis) Modified on 8/9/2017 (ldi). (Entered: 06/07/2017) |
| 06/09/2017 | 35 | ORDER SETTING CONFERENCE: This case has been assigned for all purposes. Attorneys for all parties are directed to attend an Initial Pretrial Conference before the undersigned, in accordance with Rule 16 of the Federal Rules of Civil Procedure, on June 16, 2017, at at 11:30 a.m. The conference will be held by telephone. Plaintiff should initiate the call to the Defendants and, once all relevant parties are on the line, should contact at (212)805-0141 on the date and time specified above. The Court will also address Defendants' pre-motion conference letter. ECF No. 30. ( Initial Conference set for 6/16/2017 at 11:30 AM before Judge Andrew L. Carter Jr.) (Signed by Judge Andrew L. Carter, Jr on 6/8/2017) (js) (Entered: 06/09/2017) |
| 06/16/2017 | 36 | ORDER SETTING BRIEFING SCHEDULE: The Court hereby grants Defendants leave to file a motion to dismiss. Plaintiff is granted leave to file a motion for change of venue. The Court sets the following briefing schedule: Opening Motions: July 28, 2017; Oppositions: September 8, 2017; Replies, if any: September 29, 2017. SO ORDERED. (Motions due by 7/28/2017. Responses due by 9/8/2017. Replies due by 9/29/2017.) (Signed by Judge Andrew L. Carter, Jr on 6/16/2017) (anc) Modified on 6/20/2017 (anc). (Entered: 06/16/2017) |
| | | |

| | | |
|---|---|---|
| 06/16/2017 | | Minute Entry for proceedings held before Judge Andrew L. Carter, Jr: Initial/Pre-Motion Telephone Conference held on 6/16/2017. Louis Anthes, Pro Se Plaintiff. Susan Friedfel, Joseph Di Palma and Jeffrey Metzler for Defendant(s). (Court Reporter: Kristen Carannante) (tdh) (Entered: 06/23/2017) |
| 06/26/2017 | 37 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated 6.26.17 re: DOCKET NO. 36. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 06/26/2017) |
| 07/10/2017 | 38 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated JULY 10, 2017 re: IRS. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 07/10/2017) |
| 07/17/2017 | 39 | SUPPLEMENTAL MOTION Take Judicial Notice re: 27 MOTION Plaintiff's Request for Judicial Notice., 29 Declaration in Support of Motion, 28 MOTION PLAINTIFF DR. LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE OF EVIDENCE 201 ("F.R.E. 201"), AND., 26 MOTION for the Court to take judicial notice of the documents attached as Exhibits A-K to Plaintiff's Motion for Judicial Notice & Memorndum of Law. . Document filed by Louis Anthes. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order) (Anthes, Louis) (Entered: 07/17/2017) |
| 07/17/2017 | 40 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 39 SUPPLEMENTAL MOTION Take Judicial Notice re: 27 MOTION Plaintiff's Request for Judicial Notice., 29 Declaration in Support of Motion, 28 MOTION PLAINTIFF DR. LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE *OF EVIDENCE, RULE 201*. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 07/17/2017) |
| 07/17/2017 | 41 | AFFIDAVIT of LOUIS ANTHES in Support re: 39 SUPPLEMENTAL MOTION Take Judicial Notice re: 27 MOTION Plaintiff's Request for Judicial Notice., 29 Declaration in Support of Motion, 28 MOTION PLAINTIFF DR. LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 07/17/2017) |
| 07/17/2017 | 42 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated July 17, 2017 re: ERROR IN SIGNING DATE. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 07/17/2017) |
| 07/27/2017 | 43 | MOTION to Change Venue *to CENTRAL DISTRICT OF CALIFORNIA*. Document filed by Louis Anthes. (Attachments: # 1 Text of Proposed Order) (Anthes, Louis) (Entered: 07/27/2017) |
| 07/27/2017 | 44 | MEMORANDUM OF LAW in Support re: 43 MOTION to Change Venue *to CENTRAL DISTRICT OF CALIFORNIA*. . Document filed by Louis Anthes. (Anthes, Louis) (Entered: 07/27/2017) |
| 07/27/2017 | 45 | AFFIDAVIT of LOUIS ANTHES in Support re: 43 MOTION to Change Venue *to CENTRAL DISTRICT OF CALIFORNIA*.. Document filed by Louis |

| | | Anthes. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Anthes, Louis) (Entered: 07/27/2017) |
|---|---|---|
| 07/28/2017 | 46 | MOTION to Dismiss . Document filed by William E. Nelson, New York University, New York University School of Law. Responses due by 9/8/2017 Return Date set for 9/29/2017 at 02:00 PM.(Friedfel, Susan) (Entered: 07/28/2017) |
| 07/28/2017 | 47 | DECLARATION of Susan D. Friedfel in Support re: 46 MOTION to Dismiss .. Document filed by William E. Nelson, New York University, New York University School of Law. (Attachments: # 1 Exhibit First Amended Complaint)(Friedfel, Susan) (Entered: 07/28/2017) |
| 07/28/2017 | 48 | MEMORANDUM OF LAW in Support re: 46 MOTION to Dismiss . . Document filed by William E. Nelson, New York University, New York University School of Law. (Friedfel, Susan) (Entered: 07/28/2017) |
| 07/28/2017 | 49 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated July 28, 2017 re: Docket Nos. 39-42 and Nos. 43-45. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 07/28/2017) |
| 08/14/2017 | 50 | TRANSCRIPT of Proceedings re: Conference held on 6/16/2017 before Judge Andrew L. Carter, Jr.. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2017. Redacted Transcript Deadline set for 9/14/2017. Release of Transcript Restriction set for 11/13/2017.(Siwik, Christine) (Entered: 08/14/2017) |
| 08/14/2017 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 6/16/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Siwik, Christine) (Entered: 08/14/2017) |
| 09/06/2017 | 52 | RESPONSE in Opposition to Motion re: 46 MOTION to Dismiss . *Notice of Response in Opposition to Motion*. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 09/06/2017) |
| 09/06/2017 | 53 | MEMORANDUM OF LAW in Opposition re: 46 MOTION to Dismiss . . Document filed by Louis Anthes. (Anthes, Louis) (Entered: 09/06/2017) |
| 09/06/2017 | 54 | AFFIDAVIT of LOUIS ANTHES in Opposition re: 46 MOTION to Dismiss .. Document filed by Louis Anthes. (Attachments: # 1 Exhibit Exhibit A - Proposed Second Amended Complaint, # 2 Exhibit Exhibit B)(Anthes, Louis) (Entered: 09/06/2017) |
| 09/08/2017 | 55 | DECLARATION of Susan D. Friedfel in Opposition re: 39 SUPPLEMENTAL MOTION Take Judicial Notice re: 27 MOTION Plaintiff's Request for Judicial Notice., 29 Declaration in Support of Motion, 28 MOTION PLAINTIFF DR. |

| | | |
|---|---|---|
| | | LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE. Document filed by William E. Nelson, New York University, New York University School of Law. (Friedfel, Susan) (Entered: 09/08/2017) |
| 09/08/2017 | 56 | MEMORANDUM OF LAW in Opposition re: 43 MOTION to Change Venue *to CENTRAL DISTRICT OF CALIFORNIA.*. Document filed by William E. Nelson, New York University, New York University School of Law. (Friedfel, Susan) (Entered: 09/08/2017) |
| 09/18/2017 | 57 | CERTIFICATE OF SERVICE of Motion Papers served on SUSAN D. FRIEDFEL on 9/18/2017. Service was made by Mail. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 09/18/2017) |
| 09/29/2017 | 58 | DECLARATION of LOUIS ANTHES in Support re: 39 SUPPLEMENTAL MOTION Take Judicial Notice re: 27 MOTION Plaintiff's Request for Judicial Notice., 29 Declaration in Support of Motion, 28 MOTION PLAINTIFF DR. LOUIS ANTHES' S REQUEST FOR JUDICIAL NOTICE PURS. TO FEDERAL RULE. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 09/29/2017) |
| 09/29/2017 | 59 | REPLY MEMORANDUM OF LAW in Support re: 43 MOTION to Change Venue *to CENTRAL DISTRICT OF CALIFORNIA.*. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 09/29/2017) |
| 09/29/2017 | 60 | CERTIFICATE OF SERVICE of Declaration, Law Memo served on SUSAN FRIEDFEL on 9/29/17. Service was made by MAIL. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 09/29/2017) |
| 09/29/2017 | 61 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated 9/29/17 re: PROPOSED SETTLEMENT. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 09/29/2017) |
| 09/29/2017 | 62 | REPLY MEMORANDUM OF LAW in Support re: 46 MOTION to Dismiss . . Document filed by William E. Nelson, New York University, New York University School of Law. (Friedfel, Susan) (Entered: 09/29/2017) |
| 10/03/2017 | 63 | DECLARATION OF LOUIS ANTHES, ESQ. AND JEREMIAH T. MALUMALEUMU, MADE JOINTLY AND SEVERALLY, IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL NOTICE (FEDERAL RULES OF EVIDENCE 201). (ras) (Entered: 10/03/2017) |
| 10/17/2017 | 64 | LETTER addressed to Judge Andrew L. Carter, Jr. from Louis Anthes dated October 17, 2017 re: USDOE Loan Servicer, "Nelnet"". Document filed by Louis Anthes.(Anthes, Louis) (Entered: 10/17/2017) |
| 11/26/2017 | 65 | EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.*. Document filed by Louis Anthes. Return Date set for 11/27/2017 at 05:00 PM.(Anthes, Louis) (Entered: 11/26/2017) |
| 11/26/2017 | 66 | AFFIDAVIT of LOUIS ANTHES in Support re: 65 EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.*.. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 11/26/2017) |
| | | |

| | | |
|---|---|---|
| 11/26/2017 | 67 | MEMORANDUM OF LAW in Support re: 65 EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.*. . Document filed by Louis Anthes. (Anthes, Louis) (Entered: 11/26/2017) |
| 11/26/2017 | 68 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT** - MOTION to Amend/Correct 65 EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.. PROPOSED ORDER GRANTING PLAINTIFF'S MOTION*. Document filed by Louis Anthes. Return Date set for 11/27/2017 at 05:00 PM.(Anthes, Louis) Modified on 11/27/2017 (db). (Entered: 11/26/2017) |
| 11/27/2017 | 69 | ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION denying without prejudice 65 Motion for TRO; terminating 68 Motion to Amend/Correct. Accordingly, Plaintiff's motion for a temporary restraining order and for a preliminary injunction are DENIED without prejudice to renew at a later date. Plaintiff has also moved to join Nelnet as a party. Defendants should be afforded an opportunity to respond. Accordingly, Defendants may submit a response no later than November 29, 2017. Plaintiff may submit a reply, if any, no later than December 1, 2017. Plaintiff's emergency motion for a temporary restraining order is DENIED without prejudice. The Clerk is respectfully requested to terminate ECF Nos. 65 & 68. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 11/27/2017) (rj) (Entered: 11/27/2017) |
| 11/27/2017 | | Set/Reset Deadlines: Responses due by 11/29/2017 Replies due by 12/1/2017. (rj) (Entered: 11/27/2017) |
| 11/29/2017 | 70 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated NOVEMBER 29, 2017 re: JOINDER OF NELNET, INC.. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 11/29/2017) |
| 11/29/2017 | 71 | MEMORANDUM OF LAW in Opposition re: 68 MOTION to Amend/Correct 65 EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.. PROPOSED ORDER GRANTING PLAINTIFF'S MOTION*., 65 EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.*. . Document filed by William E. Nelson, New York University, New York University School of Law. (DiPalma, Joseph) (Entered: 11/29/2017) |
| 12/01/2017 | 72 | REPLY MEMORANDUM OF LAW in Support re: 65 EMERGENCY MOTION for Temporary Restraining Order *against NELNET, INC.*. . Document filed by Louis Anthes. (Anthes, Louis) (Entered: 12/01/2017) |
| 12/06/2017 | 73 | ORDER. For the above-stated reasons, Plaintiff's motion for joinder is DENIED. In addition, the Court finds, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 445 (1962). SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 12/6/2017). (rjm). (Entered: 12/06/2017) |
| 12/07/2017 | 74 | LETTER MOTION for Leave to File Motion Papers addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated December 7, 2017. |

| | | |
|---|---|---|
| | | Document filed by Louis Anthes. Return Date set for 12/11/2017 at 05:00 PM. (Anthes, Louis) (Entered: 12/07/2017) |
| 12/07/2017 | 75 | AFFIDAVIT of JEREMIAH T. MALUMALEUMU in Support re: 74 LETTER MOTION for Leave to File Motion Papers addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated December 7, 2017.. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 12/07/2017) |
| 12/07/2017 | 76 | ORDER: granting 74 Letter Motion for Leave to File Document. Plaintiff s GRANTED leave to file the above-discussed Motion. Plaintiff must file his motion on or before December 21, 2017. Defendant's Opposition, if any, is due January 4, 2018. Plaintiff's reply, if any, is due January 11, 2018. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 12/07/2017) (ama) (Entered: 12/07/2017) |
| 12/07/2017 | | Set/Reset Deadlines: Motions due by 12/21/2017. Responses due by 1/4/2018 Replies due by 1/11/2018. (ama) (Entered: 12/07/2017) |
| 12/14/2017 | 77 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for LOUIS ANTHES to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louis Anthes. (Attachments: # 1 Text of Proposed Order)(Anthes, Louis) Modified on 12/14/2017 (jc). (Entered: 12/14/2017) |
| 12/14/2017 | 78 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** AFFIDAVIT of LOUIS ANTHES in Support re: 77 MOTION for LOUIS ANTHES to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Document filed by Louis Anthes. (Anthes, Louis) Modified on 12/14/2017 (jc). (Entered: 12/14/2017) |
| 12/14/2017 | | Pro Hac Vice Fee Payment: for 77 MOTION for LOUIS ANTHES to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number 0208-14473582.(Anthes, Louis) (Entered: 12/14/2017) |
| 12/14/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 77 MOTION for LOUIS ANTHES to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): 1) missing Certificate of Good Standing from Supreme Court of California (our court does not accept state bar certificates); and 2) Attorney Affidavit needs to be filed as an attachment to the motion - it is not a separate filing when associated with a Pro Hac Vice Motion. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Attorney Affidavit - attach Proposed Order. (jc)** (Entered: 12/14/2017) |
| 12/15/2017 | 79 | MOTION for LOUIS ANTHES to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louis Anthes. Return Date set for 12/15/2017 at 04:00 PM. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit, # 2 Text of Proposed Order, # 3 Supplement PAYMENT CONFIRMATION)(Anthes, Louis) (Entered: 12/15/2017) |
| 12/15/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 79 MOTION for LOUIS ANTHES to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/15/2017) |
| 12/15/2017 | 80 | ORDER FOR ADMISSION PRO HAC VICE: granting 79 Motion for LOUIS ANTHES to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 12/15/2017) (ap) (Entered: 12/15/2017) |
| 12/21/2017 | 81 | MOTION to Vacate *(Affidavits, Memorandum of Law, [Second Proposed] Second Amended Complaint Filed Concurrently)*. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 12/21/2017) |
| 12/21/2017 | 82 | AFFIDAVIT of JEREMIAH T. MALUMALEUMU in Support re: 81 MOTION to Vacate *(Affidavits, Memorandum of Law, [Second Proposed] Second Amended Complaint Filed Concurrently)*.. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 12/21/2017) |
| 12/21/2017 | 83 | AFFIDAVIT of LOUIS ANTHES in Support re: 81 MOTION to Vacate *(Affidavits, Memorandum of Law, [Second Proposed] Second Amended Complaint Filed Concurrently)*.. Document filed by Louis Anthes. (Attachments: # 1 Exhibit)(Anthes, Louis) (Entered: 12/21/2017) |
| 12/21/2017 | 84 | MEMORANDUM OF LAW in Support re: 81 MOTION to Vacate *(Affidavits, Memorandum of Law, [Second Proposed] Second Amended Complaint Filed Concurrently). ECF BLOCKED ORIGINAL FILE SIZE (14pages) forcing document SPLIT)*. Document filed by Louis Anthes. (Attachments: # 1 Supplement (added Table of Authorities, due to ECF file size block))(Anthes, Louis) (Entered: 12/21/2017) |
| 12/21/2017 | 85 | **FILING ERROR - DEFICIENT PLEADING** SECOND AMENDED COMPLAINT amending 25 Amended Complaint against All Defendants with JURY DEMAND.Document filed by Louis Anthes. Related document: 25 Amended Complaint.(Anthes, Louis) Modified on 12/22/2017 (vf). (Entered: 12/21/2017) |
| 12/21/2017 | 86 | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated December 21, 2017 re: MOTION TO VACATE. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 12/21/2017) |
| 12/21/2017 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Louis Anthes to RE-FILE re: Document No. 85 Second Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the All Defendant radio button was selected; not all the filer/filers were selected for the pleading; the pleading was not signed; the order granting permission to file the pleading was not attached. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating DocumentsRe-file the pleading using the event type Second** |

| | | |
|---|---|---|
| | | **Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (vf)** Modified on 12/22/2017 (vf). (Entered: 12/22/2017) |
| 12/22/2017 | 87 | ORDER: Plaintiff has filed a letter requesting, among other things, Defendants' counsel to stipulate to the filing of Plaintiff's Second Amended Complaint. Plaintiff has proceeded to file his Second Amended Complaint on the Electronic Case Filing (ECF) system. Absent consent of Defendants or leave of the Court, Plaintiff is not permitted to amend his complaint at this stage of the litigation. See Fed. R. Civ. P. 15(a)(2). However, as of the date of this Order, no stipulation has been filed and the Court has not granted Plaintiff leave. As such, the Court construes Plaintiff's letter as a Motion for Leave to File a Second Amended Complaint, and similarly construes Plaintiff's [Proposed] Second Amended Complaint as an attachment to that motion. Defendants' opposition to Plaintiff's Motion, if any, must be filed no later than January 5, 2018. SO ORDERED.( Responses due by 1/5/2018) (Signed by Judge Andrew L. Carter, Jr on 12/22/2017) (rj) (Entered: 12/22/2017) |
| 12/22/2017 | 88 | SECOND LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated December 22, 2017 re: SECOND AMENDED COMPLAINT. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 12/22/2017) |
| 01/04/2018 | 89 | LETTER MOTION for Extension of Time *to Oppose Plaintiff's Motion to Vacate* addressed to Judge Andrew L. Carter, Jr. from Susan D. Friedfel dated January 4, 2018. Document filed by William E. Nelson, New York University, New York University School of Law.(DiPalma, Joseph) (Entered: 01/04/2018) |
| 01/04/2018 | 90 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Vacate *(Affidavits, Memorandum of Law, [Second Proposed] Second Amended Complaint Filed Concurrently)*. . Document filed by William E. Nelson, New York University, New York University School of Law. (DiPalma, Joseph) (Entered: 01/04/2018) |
| 01/05/2018 | 91 | ORDER granting 89 Letter Motion for Extension of Time. DEFENDANTS' REQUEST IS GRANTED. THE CLERK OF THE COURT IS RESPECTFULLY REQUESTED TO TERMINATE ECF NO. 89. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 1/5/2018) (rj) (Entered: 01/05/2018) |
| 01/05/2018 | | Set/Reset Deadlines: Responses due by 1/5/2018 Replies due by 1/12/2018. (rj) (Entered: 01/05/2018) |
| 01/11/2018 | 92 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION to Vacate *(Affidavits, Memorandum of Law, [Second Proposed] Second Amended Complaint Filed Concurrently)*. . Document filed by Louis Anthes. (Anthes, Louis) (Entered: 01/11/2018) |
| 01/11/2018 | 93 | |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | LETTER addressed to Judge Andrew L. Carter, Jr. from LOUIS ANTHES dated January 11, 2018 re: NYPD Report: Defendant Nelson. Document filed by Louis Anthes. (Attachments: # 1 Exhibit Anthes NYPD Report May 24, 2017)(Anthes, Louis) (Entered: 01/11/2018) |
| 01/25/2018 | 94  | LETTER addressed to Judge Andrew L. Carter, Jr. from Louis Anthes dated 1/19/2018 re: bias in the Southern District of New York. Document filed by Louis Anthes.(ras) (Entered: 01/25/2018) |
| 01/25/2018 | 95  | ORDER: The briefing schedule shall be as follows: Plaintiff's Brief: February 8, 2018. Defendants' Opposition (if any): February 22, 2018. Plaintiff's Reply (if any): March 1, 2018. (Motions due by 2/8/2018. Responses due by 2/22/2018. Replies due by 3/1/2018.) (Signed by Judge Andrew L. Carter, Jr on 1/25/2018) (ras) (Entered: 01/25/2018) |
| 01/29/2018 | 96  | MOTION to Withdraw 95 Order, Set Deadlines,, 94 Letter . Document filed by Louis Anthes. Return Date set for 2/1/2018 at 04:00 PM. (Attachments: # 1 Supplement Attachment "A" (working Nelson deposition))(Anthes, Louis) (Entered: 01/29/2018) |
| 01/30/2018 | 97  | LETTER addressed to Judge Andrew L. Carter, Jr. from Susan D. Friedfel, Esq. dated January 30, 2018 re: Plaintiff's Motion to Disqualify. Document filed by William E. Nelson, New York University, New York University School of Law.(DiPalma, Joseph) (Entered: 01/30/2018) |
| 01/31/2018 | 98  | SECOND MOTION to Withdraw 96 MOTION to Withdraw 95 Order, Set Deadlines,, 94 Letter . . Document filed by Louis Anthes. Return Date set for 2/1/2018 at 04:00 PM.(Anthes, Louis) (Entered: 01/31/2018) |
| 01/31/2018 | 99  | ORDER. On January 29, 2018, Plaintiff filed a letter requesting that this Court permit him to file a Second Amended Complaint. ECF No. 96. Plaintiff states that otherwise he will follow the Court's calendar as set forth in this Court's Order setting a briefing schedule for Plaintiff's motion to disqualify the undersigned. Id.; see ECF No. 95. This Court reserves ruling on Plaintiff's request for leave to file a Second Amended Complaint. If Plaintiff seeks to file his motion to disqualify the undersigned, he should follow the briefing schedule set out in ECF No. 95. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 1/31/2018) (rjm) (Entered: 01/31/2018) |
| 02/01/2018 | 100 | FINAL MOTION to Withdraw 96 MOTION to Withdraw 95 Order, Set Deadlines,, 94 Letter . . Document filed by Louis Anthes.(Anthes, Louis) (Entered: 02/01/2018) |
| 02/02/2018 | 101 | ORDER reserving ruling on 96 Motion to Withdraw; terminating 100 Motion to Withdraw. This Court is in receipt of Plaintiffs letter, dated February 1, 2018, requesting that this Court permit him to file a Second Amended Complaint. ECF No. 100. As stated in this Court's order on January 31, 2018, this Court reserves ruling on Plaintiff's request for leave to file a Second Amended Complaint. See ECF No. 99. If Plaintiff seeks to file his motion to disqualify the undersigned, he should follow the briefing schedule set out in ECF No. 95. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 2/2/2018) (anc) Modified on 2/2/2018 (anc). (Entered: 02/02/2018) |
|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |

| | | |
|---|---|---|
| 02/08/2018 | 102 | MOTION to Disqualify Judge *ANDREW L. CARTER, JR.*. Document filed by Louis Anthes.(Anthes, Louis) (Entered: 02/08/2018) |
| 02/08/2018 | 103 | MEMORANDUM OF LAW in Support re: 102 MOTION to Disqualify Judge *ANDREW L. CARTER, JR.*. . Document filed by Louis Anthes. (Anthes, Louis) (Entered: 02/08/2018) |
| 02/08/2018 | 104 | AFFIDAVIT of LOUIS ANTHES in Support re: 102 MOTION to Disqualify Judge *ANDREW L. CARTER, JR...* Document filed by Louis Anthes. (Attachments: # 1 Exhibit Copes of ECF Nos 96, 98, 100, # 2 Exhibit Letter from Nelnet)(Anthes, Louis) (Entered: 02/08/2018) |
| 02/12/2018 | 105 | AFFIDAVIT of LOUIS ANTHES *REGARDING ATTOREY MISCONDUCT PURSUANT TO LOCAL RULE OF COURT 26.4 AGAINST ATTY SUSAN FRIEDFEL AND ATTY WILLIAM NELSON*. Document filed by Louis Anthes. (Anthes, Louis) (Entered: 02/12/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/12/2018 09:12:00 | | | |
| **PACER Login:** | is0122 | **Client Code:** | as |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-02511-ALC |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |