Louis Anthes
P.O Box 2313
Long Beach, CA. 90802
562 363 5052
Louis.anthes@gmail.com

February 12, 2018

Email sent to: ALCarterNYSDChambers@nysd.uscourts.gov

Honorable Andrew L Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY. 10007

Dear Judge Carter:

I refuse to communicate with Susan Friedfel.  I will only communicate with Joseph DiPalma, or another attorney at Jackson Lewis.

Sincerely,

Louis Anthes

Cc: DiPalma, Nelson