USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-15-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Dr. Louis Anthes,

        Plaintiff,

                17cv2511 (ALC)

     - against -                  **Order**

New York University, et al.,

        Defendants.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

This Court is in receipt of the following documents filed on February 12, 2018: Plaintiff's affidavit (ECF No. 105), Defendant's letter (ECF No. 106), and Plaintiff's letter (ECF No. 107). Defendant's request to strike Plaintiff's affidavit from the record is DENIED. (*See* ECF No. 106.)

**SO ORDERED.**

Dated: New York, New York
       February 14, 2018

                                        **Andrew L. Carter, Jr.**
                                        **United States District Judge**

1