

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY  10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS:  (914) 872-8027
MY E-MAIL ADDRESS IS:  Susan.Friedfel@jacksonlewis.com

February 20, 2018

<u>**VIA ECF**</u> **& E-mail (ALCarterNYSDChambers@nysd.uscourts.gov)**

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:    <u>Anthes v. New York University, et al.</u>
       <u>Case No.: 17-cv-02511-ALC                  </u>

Dear Judge Carter:

We represent the Defendants in this action.  I write in response to Plaintiff Dr. Louis Anthes's letter to the Court dated, February 15, 2018 (ECF No. 109).  Defendants object to any "adjournment of the Court's calendar" or stay of these proceedings during the pendency of Plaintiff's meritless claims against me and Defendant Professor William Nelson before the attorney grievance committee.  Plaintiff should not be permitted to delay these proceedings by making baseless ad hominem attacks against Professor Nelson and his counsel.  As explained in my letter dated February 12, 2018 (ECF No. 106), there is absolutely no basis for Plaintiff's allegations of misconduct against me and Professor Nelson.  In any event, the allegations have no impact on the merit of the motions currently pending or the Court's ability to decide those motions.  Therefore, there is no reason to adjourn or stay these proceedings.  We respectfully request that the Court rule on the fully briefed motions that are currently pending, including defendants' motion to dismiss.

We thank the Court for its consideration.

                                              Respectfully submitted,

                                              JACKSON LEWIS P.C.

                                              */s/ Susan D. Friedfel*
                                              Susan D. Friedfel

cc:    Louis Anthes, Esq. *pro se plaintiff* (via ECF and email)