Louis Anthes
P.O. Box 2313
Long Beach, CA 90802
(562) 363-5052
louis.anthes@gmail.com

February 20, 2018

Sent via ECF and Email (ALCarterSDNYChambers@nysd.uscourts.gov)

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, N.Y.  10007

**RE: Anthes v. New York University, et. al., Case No. 17-cv-2511 (ALC)**

Dear Judge Carter:

I am the plaintiff in the above-referenced matter.

I allege that Defendant/Professor/Attorney William Nelson may be violating the New York Rules of Professional Conduct ("Rules"), 22 N.Y.C.R.R §1200.7, specifically Rule 1.7(a)(1) ("a lawyer shall not represent a client if a reasonable lawyer would conclude that … the representation will involve the lawyer in representing differing interests") and Rule 1.7(a)(2) ("lawyer shall not represent a client if a reasonable lawyer would conclude that… there is a significant risk that the lawyer's professional judgment on behalf of a client will be adversely affected by the lawyer's own financial, business, property or other personal interests").

Further, I allege Attorney Susan Friedfel may be violating Rule 1.10(a) ("While lawyers are associated in a firm, none of them shall knowingly represent a client when any one of them practicing alone would be prohibited from doing so by Rule 1.7, 1.8 or 1.9, except as otherwise provided therein.").

If Susan Friedfel alleges that Defendant William Nelson has not engaged in any form of self-representation or representation of New York University or New York University School of Law at any stage of this litigation, then **I encourage her to file an affidavit** attesting to the same, instead of filing a letter.

Sincerely,



Louis Anthes

cc:   Joseph DiPalma and William Nelson