Louis Anthes
P.O. Box 2313
Long Beach, CA 90802
(562) 363-5052
louis.anthes@gmail.com

March 16, 2018

Sent via ECF and Email (ALCarterSDNYChambers@nysd.uscourts.gov)

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, N.Y. 10007

**RE: Anthes v. New York University ("NYU"), et. al., Case No. 17-cv-2511 (ALC)**

Dear Judge Carter:

At this time, I file this letter motion for a stay of the judgment/order filed by Your Honor and your clerks in this case on March 12, 2018, pursuant to Fed. R. App. P. 8, as I earlier today filed a Notice of Appeal on the ECF system (ECF document no. 128) (previously sent to the Pro Se Intake Unit via certified mail on March 13, 2018).

I have no experience operating in the area of federal appellate procedure. However, previous to the Court granting the defendants' motion for dismissal of my action (cf., ECF documents nos. 126 and 127), I filed four subpoenas, three of which include proof of service, on the ECF system. I ask the court to grant my request for a stay of its final judgment/orders, in part, based on my diligence in obtaining discovery from the Court, while the Court delayed granting defendants' motion to dismiss nearly six months after defendants filed their final brief on their motion on September 29, 2017.

I would argue that the Court taking six months to decide to grant defendants' motion to dismiss undermines the Court representation of my actions in this case as "dilatory" as the Court falsely claimed in its memorandum of March 12, 2018 (ECF document no. 126).

I have supplemented this letter with copies of the four subpoenas in question. If the Court wishes for me to brief the Court regarding a motion for a stay, I ask the Court to set the calendar to allow me to proceed, pending the appeal.

Sincerely,

Louis Anthes

Cc: Joseph DiPalma