UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Louis Anthes,<br><br>        **Plaintiff,**<br>        in *Pro Se*<br><br>    against<br><br>New York University ("NYU"), NYU<br>School of Law, and William E. Nelson,<br><br>        Defendant(s). | No. 1:17-cv-02511 (ALC) |

## AFFIDAVIT OF FA'AFOUINA SOLOMONA ATTESTING TO AUTHENTICITY OF LETTER BY JEREMIAH T. MALUMALEUMU WRITTEN ON MARCH 8, 2018

I, Fa'afouina Solomona, Pastor for Jeremiah T. Malumaleumu, spouse of Plaintiff Louis Anthes, hereby declare:

1.    I live at the First Samoan Congregational Christian Church with the address of 1345 S. 45th St, San Diego, California 92113.

2.    On March 8, 2018, I personally witnessed Jeremiah T. Malumaleumu, spouse of Plaintiff Louis Anthes, write by hand a one-page letter addressed to the Honorable Andrew L. Carter, Jr., United States District Court Judge, Southern District of New York, a true copy of which is attached to this affidavit.

Pursuant to the laws of the United States (28 U.S.C. §1746), I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>March 19, 2018</u>        Respectfully Submitted,

                                        By: _____

                                        Rev. Fa'afouina Solomona

Jeremiah Malumaleumu
Long Beach, CA

March 8, 2018

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York

Dear Judge Carter,

    I, Jeremiah Malumaleumu, by writing this letter in front of my pastor, Rev. Feafouina Solomona, and my husband, Louis Arthes, would like to state again that I completely support Louis in this legal dispute.

    I am aware that people have different views about same sex marriage, which in our case could be construed as prostitution because of my support of Louis.

    I simply ask the court, and those involved, to acknowledge and respect us as fellow law-abiding American citizens in this litigation.

    Respectfully,

Jeremiah Malumaleumu